SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-05107 SJO (MANx) | Date | November 13, 2007 |
|---|---|---|---|
| Title | Hyun Park et al. V. Korean Air Lines Co., Ltd., | | |

| Present: The Honorable | S. James Otero | | |
|---|---|---|---|
| Victor Paul Cruz | Margarita Lopez/Michelle Ortega | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiffs:

Susan G. Kupfer
Andy Sohrn

Attorneys Present for Defendants:

Peter E. Halle
Richard E. Lee
Jon L. Rewinski

**Proceedings:**  STATUS CONFERENCE

Hearing held.  The Court and counsel confer regarding consolidation of all cases and the appointment of lead counsel.  The parties address the Court.  The Court orders the following cases consolidated:

CV 07-05107 SJO (MANx) Hyun Park et al. V. Korean Air Lines Co., Ltd.,
CV 07-05453 SJO (MANx) Desa Philadelphia, on Behalf of herself and All Others Similarly Situated v. Korean Air Lines Co., Ltd.,
CV 07-05561 SJO (MANx) Cliff Park v. Korean Air Lines Co., LTD., et al,
CV 07-05583 SJO (MANx) Heung-Ki Youn v. Korean Air Lines Co., Ltd.,
CV 07-05593 SJO (MANx) Laura Albee v. Korean Air Lines Co., Ltd.,
CV 07-05734 SJO (Rcx) Christina Park, v. Korean Air Lines Co. LTD.,
CV 07-05735 SJO (MANx) Jimmy Chau v. Korean Air Lines Co., LTD., et al,
CV 07-05853 SJO (MANx) Soon Lee v. Korean Air Lines Co., LTD., et al,
CV 07-05854 SJO (MANx) Helen Chong v. Korean Air Lines Co., Ltd.,
CV 07-05865 SJO (MANx) Phillip Reineck v. Korean Air Lines Co., Ltd.,
CV 07-06203 SJO (MANx) Dea Hyung v. Korean Air Lines Co., Ltd.,
CV 07-06340 SJO (MANx) Timothy S. Murphy v. Korean Air Lines Co., Ltd.,
CV 07-06386 SJO (MANx) Cynthia Yoo v. Korean Air Lines Co., Ltd.,
CV 07-06509 SJO (MANx) Sun Im Choi v. Korean Air Lines Co., Ltd.,
CV 07-06542 SJO (MANx) Soon Ja Chun and Bernard Jung Kim v. Korean Air Lines., LTD.,
CV 07-06715 SJO (MANx) Leon Song v. Korean Air Lines., LTD., Asiana Airlines, Inc.,
CV 07-06894 SJO (AJWx) Jason Lee and James Lee v. Korean Air Lines Co., Ltd. and Corporate John Does.
CV 07-07047 SJO (MANx) David Wortman v. Korean Air Lines., LTD., DOES 1 through 10 inclusive.

The lowest case, CV 07-05107SJO (MANx), shall be designated as the lead case.  All documents filed hereafter shall bear the names and numbers of both the original action and the lead case.  The name and number of the lead case will always appear above the name and number of the original action. The Court designates attorneys Jeff S.Westerman and Susan G. Kupfer as interim lead counsel.  The Court orders that plaintiffs file an amended consolidated complaint by Monday, December 3, 2007.  A response shall be filed by Monday, February 4, 2008.  An opposition to a motion to dismiss shall be due by Monday, March 17, 2008; Reply Due by Friday, March 21, 2008.  A hearing on the motion to dismiss is set on Monday, April 21, 2008 @ 10:00 a.m.

SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 07-05107 SJO (MANx)** | Date | November 13, 2007 |
|---|---|---|---|
| Title | **Hyun Park et al. V. Korean Air Lines Co., Ltd.,** | | |

|  | : | 0/11 |
|---|---|---|
| Initials of Preparer | | vpc |