# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge __OTERO__

From: __M. Hernandez__, Deputy Clerk    Date Received: __1/3/08__

Case No.: __CV 07-5107 SJO (MANx)__   Case Title: __Park v. Korean Air Lines__

Document Entitled: __Proposed Order Appointing Interim Co-Lead Counsel; Declaration of Mario N. Alioto; Proof of Service; Plaintiff's Notice of Motion and Motion for Appointment of Interim__

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

FILED
CLERK, U.S. DISTRICT COURT
JAN - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 19-1      Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1      Proposed amended pleading not under separate cover
☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1       Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2      Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 16-6      Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)      No proof of service attached to document(s)
☒ Other: __pursuant to GO 07-08 case is designated for electronic filing__

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE
IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                      U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

__1/4/08__    _____
Date          U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

---

CV-104A (12/03)    NOTICE OF DOCUMENT DISCREPANCIES

GPO U.S. GOVERNMENT PRINTING OFFICE: 2007 672-579

1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. RUSSELL, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
   2280 Union Street
3  San Francisco, California 94123
   Telephone: (415) 563-7200
4  Facsimile: (415) 346-0679
5  E-mail: malioto@tatp.com
   laurenrussell@tatp.com
6
7  *Attorneys for Plaintiffs Martin Kaufman, Junghee Kay,*
   *Kangsik Kay, and Jo Kyu Chun*
8

RECEIVED AND RETURNED
CLERK U.S. DISTRICT COURT
JAN - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

RECEIVED BUT NOT FILED
JAN - 3 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION | MDL No. 1891<br>Master File No. 07-cv-5107 SJO (MANx)<br><br>PLAINTIFFS MARTIN KAUFMAN, JUNGHEE KAY, KANGSIK KAY, AND JO KYU CHUN'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL |
| This Document Relates To:<br><br>ALL ACTIONS | Date: January 28, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 880<br>Judge: Honorable S. James Otero |

71811.1

**BY FAX**

PLAINTIFFS MARTIN KAUFMAN, JUNGHEE KAY, KANGSIK KAY, AND JO KYU CHUN'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF INTERIM CO-LEAD COUNSEL

1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. RUSSELL, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
3  2280 Union Street
   San Francisco, California 94123
4  Telephone: (415) 563-7200
   Facsimile: (415) 346-0679
5  E-mail: malioto@tatp.com
   laurenrussell@tatp.com
6
7  *Attorneys for Plaintiffs Martin Kaufman, Junghee Kay,*
   *Kangsik Kay, and Jo Kyu Chun*
8



9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA

11 | IN RE KOREAN AIR LINES CO., LTD.  ) MDL No. 1891
   | ANTITRUST LITIGATION              ) Master File No. 07-cv-5107 SJO (MANx)
12 |                                    )
   |                                    )
13 |                                    ) DECLARATION OF MARIO N. ALIOTO
   |                                    ) IN SUPPORT OF PLAINTIFFS MARTIN
14 |                                    ) KAUFMAN, JUNGHEE KAY, KANGSIK
   |                                    ) KAY, AND JO KYU CHUN'S MOTION
15 |                                    ) FOR APPOINTMENT OF INTERIM CO-
   |                                    ) LEAD COUNSEL
16 |                                    )
   |                                    )
17 | This Document Relates To:          ) Date: January 28, 2008
   |                                    ) Time: 10:00 a.m.
18 |         ALL ACTIONS                ) Place: Courtroom 880
19 |                                    ) Judge: Honorable S. James Otero
   |                                    )

28 | 71811.1

DECLARATION OF MARIO N. ALIOTO IN SUPPORT OF PLAINTIFFS MARTIN KAUFMAN,
JUNGHEE KAY, KANGSIK KAY, AND JO KYU CHUN'S MOTION FOR APPOINTMENT OF INTERIM
CO-LEAD COUNSEL

BY FAX

MARIO N. ALIOTO, ESQ. (56433)
LAUREN C. RUSSELL, ESQ. (241151)
TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
2280 Union Street
San Francisco, CA 94123
Telephone: (415) 563-7200
Facsimile: (415) 346-0679
E-mail: malioto@tatp.com
laurenrussell@tatp.com

*Attorneys for Plaintiffs Martin Kaufman, Junghee Kay, Kangsik Kay, and Jo Kyu Chun*

RECEIVED AND RETURNED
CLERK U.S. DISTRICT COURT
JAN - 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

RECEIVED BUT NOT FILED
JAN - 3 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION | MDL No. 1891 |
| | Master File No. 07-cv-5107 SJO (MANx) |
| | **[PROPOSED] ORDER APPOINTING INTERIM CO-LEAD COUNSEL FOR PLAINTIFFFS** |
| This Document Relates To: | Judge: Honorable S. James Otero |
| ALL ACTIONS | |

1  MARIO N. ALIOTO, ESQ. (56433)
   LAUREN C. RUSSELL, ESQ. (241151)
2  TRUMP, ALIOTO, TRUMP & PRESCOTT, LLP
3  2280 Union Street
   San Francisco, CA 94123
4  Telephone: (415) 563-7200
   Facsimile: (415) 346-0679
5  malioto@tatp.com
   laurenrussell@tatp.com
6
7  *Attorneys for Plaintiffs Martin Kaufman, Junghee Kay,*
   *Kangsik Kay, and Jo Kyu Chun*
8
              UNITED STATES DISTRICT COURT
9
            CENTRAL DISTRICT OF CALIFORNIA
10

11 IN RE KOREAN AIR LINES CO., LTD.    ) MDL No. 1891
   ANTITRUST LITIGATION                ) Master File No. 07-cv-5107 SJO (MANx)
12                                     )
13                                     )
                                       ) **PROOF OF SERVICE**
14                                     )
15                                     )
                                       )
16                                     )
17                                     )
   This Document Relates To:           ) Date: January 28, 2008
18                                     ) Time: 10:00 a.m.
       ALL ACTIONS                     ) Place: Courtroom 880
19                                     ) Judge: Honorable S. James Otero
20 _____ )

BY FAX

1
**PROOF OF SERVICE**