MILBERG WEISS LLP
JEFF S. WESTERMAN (SBN 94559)
Email: jwesterman@milbergweiss.com
One California Plaza
300 South Grand Ave., Suite 3900
Los Angeles, CA  90071
Tel:  (213) 617-1200
Fax: (213) 617-1975

GLANCY BINKOW & GOLDBERG LLP
SUSAN G. KUPFER (SBN 141724)
Email: skupfer@glancylaw.com
One Embarcadero Center, Suite 760
San Francisco, CA  94111
Tel:  (415) 972-8160
Fax: (415) 972-8166

Interim Co-Lead Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| HYUN PARK, et al., individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>     vs.<br><br>KOREAN AIR LINES CO., LTD., ASIANA AIRLINES, INC.,<br><br>          Defendants. | MDL No. 1891<br><br>Case No. 2:07-5107 SJO (AGRx)<br>Case No. 2:07-01891 SJO (AGRx)<br><br>REPORT OF PLAINTIFFS' INTERIM CO-LEAD COUNSEL FOR STATUS CONFERENCE RE:<br><br>  (1) LEADERSHIP STRUCTURE OF PLAINTIFFS' COUNSEL<br><br>  (2) CONSOLIDATION OF CASES<br><br>  (3) BRIEFING SCHEDULE ON THE PLEADINGS<br><br>  (4) ATTENDANCE OF PLAINTIFFS' COUNSEL AT STATUS CONFERENCE<br><br>DATE:      February 15, 2008<br>TIME:      10:00 a.m.<br>CTRM:     880<br>JUDGE:    Hon. S. James Otero |

426082v1 FINAL

1    Plaintiffs Interim Co-Lead Counsel, Jeff S. Westerman of Milberg Weiss

2   LLP and Susan G. Kupfer of Glancy Binkow & Goldberg LLP, respectfully report

3   to the Court as follows:

4    1.    Plaintiffs' Leadership Structure.  Following our appointment by the

5   Court and transfer of the other cases to this District by the Judicial Panel for

6   Multidistrict Litigation, discussions took place with plaintiffs' counsel

7   representing plaintiffs in cases filed in this District and elsewhere in the United

8   States.  As a result of these discussions, agreement has been reached for a

9   leadership structure supported by the vast majority of plaintiffs' counsel in all of

10  the cases.  The proposed leadership structure would retain the two interim co-

11  leads and add Marc M. Seltzer of Susman Godfrey L.L.P. as the third interim co-

12  lead counsel.  Plaintiffs represented by more than 80 law firms who are counsel of

13  record in the cases originally filed in Los Angeles and the transferred cases

14  support this leadership structure.

15   Mr. Westerman confirmed through conversations with Joseph W. Cotchett

16  that he also supports this proposed structure and will be withdrawing the pending

17  motion filed by his firm and three other firms for appointment of a different group

18  as co-lead counsel.  Mario Alioto, who presented the other pending motion for

19  appointment as lead counsel, does not appear to have any separate support for his

20  motion.

21   We respectfully submit that the proposed leadership structure of plaintiffs'

22  counsel satisfies the requirements of Rule 23(g) of the Federal Rules of Civil

23  Procedure applicable to the appointment of interim lead counsel and lead counsel

24  to be appointed upon certification of the class.  Rule 23(g) was added to the

25  Federal Rules of Civil Procedure effective December 1, 2003.  *See* Pub. L. 109-2,

26  § 7, 119 Stat. 13 (2005).  Rule 23(g)(1) provides for the appointment of class

27  counsel at the time a class is certified, and Rule 23(g)(2)(A) provides for the

28  appointment of interim counsel on behalf of a putative class.  The *Manual for*

1   *Complex Litigation, Fourth*, § 21.11 (2004) at 246 suggests that, when "a number
2   of lawyers may compete for class counsel appointment," the "designation of
3   interim counsel clarifies responsibility for protecting the interests of the class
4   during precertification activities, such as making and responding to motions,
5   conducting any necessary discovery, moving for class certification, and
6   negotiating settlement."

7        While neither Rule 23(g) nor the Advisory Committee Notes explicitly state
8   the standards to be applied in choosing interim class counsel, courts have held that
9   the same factors that apply in choosing class counsel at the time of certification of
10  the class apply in choosing interim class counsel. *See Parkinson v. Hyundai*
11  *Motor Am.*, No. CV 06-345 AHM (MLGx), 2006 WL 2289801, at *2 (C.D. Cal.
12  Aug. 7, 2006) ("Rule 23(g) provides criteria to consider when appointing class
13  counsel, without distinguishing interim counsel.  Presumably, the same factors
14  apply, however."); *Hill v. The Tribune Co.*, No. 05 C 2602, 2005 WL 3299144, at
15  *3 (N.D. Ill. Oct. 13, 2005) ("Rule 23(g) provides criteria to consider when
16  appointing class counsel.  No distinction is made regarding appointing interim
17  counsel").

18       Rule 23(g)(2)(B) states, in part, "If more than one adequate applicant seeks
19  appointment as class counsel, the court *must* appoint the applicant *best* able to
20  represent the interests of the class" (emphasis added).  The Advisory Committee
21  Notes to paragraph (2)(B) add:

22       This decision should also be made using the factors outlined in
23       paragraph 2(c), but in the multiple applicant situation the court is to
24       go beyond scrutinizing the adequacy of counsel and make a
25       comparison of the strengths of the various applicants. . . . [N]o single
26       factor should be dispositive . . . .

27  Rule 23(g)(1)(C) provides:
28       In appointing class counsel, the court:

(i)     must consider:

- the work counsel has done in identifying or investigating potential claims in the action,
- counsel's experience in handling class actions, other complex litigation, and claims of the type asserted in the action,
- counsel's knowledge of the applicable law, and
- the resources counsel will commit to representing the class;

(ii)    may consider any other matter pertinent to counsel's ability to fairly and adequately represent the interests of the class;

(iii)   may direct potential class counsel to provide information on any subject pertinent to the appointment and to propose terms for attorney fees and nontaxable costs; and;

(iv)    may make further orders in connection with the appointment.

The interim co-leads appointed by the Court and Mr. Seltzer have been working together to investigate the potential claims that may be asserted in this litigation.  All three lawyers have extensive experience in conducting complex class action litigation such as this, are knowledgeable about the applicable law, and have substantial resources to commit to the prosecution of this litigation. They believe they satisfy all of the applicable criteria for appointment as lead counsel in this litigation.

Jeff S. Westerman (one of two currently-appointed interim co-lead counsel), is a partner in the Los Angeles office of Milberg Weiss LLP and has over 27 years of legal experience and over 16 years experience in complex,

4

1  multidistrict and class action litigation, including substantial experience

2  prosecuting complex litigation in this district.  He has served as lead or co-lead

3  counsel in cases credited with substantial plaintiff recoveries totaling more than

4  $800 million.

5       Susan G. Kupfer (the other currently-appointed interim co-lead counsel) is a

6  partner in the firm of Glancy Binkow & Goldberg LLP, where she established the

7  firm's antitrust practice.  She is an attorney and law professor with thirty-five

8  years of experience.  She is currently serving as Lead or Co-Lead Counsel in the

9  following antitrust cases: *In re Urethane Antitrust Litigation* (D. Kan., Case No.

10  2:04-md-01616); *In re Western States Wholesale Natural Gas Antitrust Litigation*

11  (D. Nev., Case No. 2:03-cv-01431) and *Sullivan et al. v. DB Investments, Inc.*

12  (D.N.J., Case No. 3:04-cv-02189).

13       The addition of Marc M. Seltzer as a third interim co-lead counsel is

14  strongly supported by both currently-appointed interim co-leads and by the

15  overwhelming majority of counsel representing virtually all of the plaintiffs in this

16  litigation.  Marc M. Seltzer is a highly experienced antitrust lawyer.  He has

17  practiced law in Los Angeles for over thirty-five years and has been counsel of

18  record in numerous antitrust cases in this district and elsewhere in the United

19  States. He was trial counsel, together with his law partners, in the antitrust case

20  entitled <u>*Masimo Corporation v. Tyco Health Care Group, L.P., et al.,*</u> Case No.

21  CV 02-4770 MRP(AJWx), which was tried to a verdict before the Hon. Mariana

22  R. Pfaelzer in 2005.  He is currently co-lead counsel with Maxwell Blecher in an

23  antitrust class action case pending before the Hon. Valerie Baker Fairbank entitled

24  <u>*White, et al. v. National Collegiate Athletic Association*</u>, Case No. CV 06-0999

25  VBF(MANx).

26       Biographies of Mr. Westerman, Ms. Kupfer and Mr. Seltzer are attached as

27  Exhibits 1, 2 and 3 to this Report.

28

1    Accordingly, at the status conference, we will respectfully propose that the

2    Court keep its established leadership and add Mr. Seltzer, as this integrated

3    structure now has near unanimous support of all of plaintiffs' counsel.

4    2.    Consolidation.  The interim co-lead counsel, along with Mr. Seltzer,

5    have conferred with defendants' counsel and will propose a form of consolidation

6    order to cover all of the direct purchaser cases, which appear to be all but one of

7    the filed cases.

8    There is one indirect purchaser case filed in this District that can be

9    coordinated with the direct purchaser cases for efficiency.  Due to differing legal

10   standards governing direct and indirect purchaser actions, we do not believe that

11   case should be consolidated with the direct purchaser cases, although it may be

12   consolidated with any subsequently filed indirect purchaser cases.

13   We are not aware of any opposition to this proposal.

14   3.    Schedule.  After conferring with defendants' counsel, we propose the

15   following schedule for responses to the direct purchaser complaint:

16   (a)    If the Court appoints the requested three co-lead counsel, we

17          will advise defendants that we will either stand on the amended

18          complaint previously filed pursuant to the order of the Court or

19          file a different consolidated amended complaint within

20          fourteen days of appointment of class counsel;

21   (b)    Defendants' responses to the designated complaint should be

22          due thirty days after the designation of the operative direct

23          purchaser complaint if the operative complaint is the current

24          amended consolidated complaint, or 45 days after service

25          pursuant to Rule 5 of the Federal Rules of Civil Procedure, if

26          the operative direct purchaser complaint is a Second Amended

27          Consolidated Complaint;

28

6

| | | |
|---|---|---|
| 1 | (c) | Plaintiffs' opposition to any motions should be due in 45 days; |
| 2 | | motions to dismiss are anticipated by both defendants; |
| 3 | (d) | Defendants' replies should be due two weeks following the |
| 4 | | filing of the opposition; and |
| 5 | (e) | The Court will schedule oral argument on the motions at its |
| 6 | | convenience. |

4. <u>Attendance at Status Conference</u>. The Court's Minute Order dated January 18, 2008 directed all counsel to attend the status conference set for February 15, 2008. In light of the foregoing developments, we believe that it would not be cost effective to require scores of plaintiffs' attorneys to travel to Los Angeles to attend the conference. We suggest that attendance only be required of plaintiffs' counsel who oppose consolidation or the proposed leadership structure set forth above, and respectfully suggest that the Court issue a minute order to this effect while there is still time to curtail travel schedules and save the proposed class a significant expense.

DATED: February 7, 2008                    MILBERG WEISS LLP

                                           */s/ Jeff S. Westerman*

                                           JEFF S. WESTERMAN

                                           300 South Grand Avenue, Suite 3900
                                           Los Angeles, CA 90071
                                           Telephone: (213) 617-1200
                                           Facsimile: (213) 617-1975
                                           E-mail: jwesterman@milbergweiss.com

DATED: February 7, 2008                    GLANCY BINKOW & GOLDBERG LLP

                                           SUSAN G. KUPFER
                                           One Embarcadero Center, Suite 760
                                           San Francisco, CA 94111
                                           Telephone: (415) 972-8160
                                           Facsimile: (415) 972-8166
                                           E-mail: skupfer@glancylaw.com

                                           Interim Co-Lead Counsel for Plaintiffs

7

1

<u>DECLARATION OF SERVICE BY MAIL</u>

2

I, the undersigned, declare:

3

1.     That declarant is and was, at all times herein mentioned,

4

employed in the County of Los Angeles, over the age of 18 years, and not a

5

party to or interest in the within action; that declarant's business address is

6

One California Plaza, 300 South Grand Avenue, Suite 3900, Los Angeles,

7

California 90071.

8

2.     That on February 7, 2008, declarant served the REPORT OF

9

PLAINTIFFS'    INTERIM    CO-LEAD    COUNSEL    FOR    STATUS

10

CONFERENCE by depositing a true copy thereof in a United States

11

mailbox at Los Angeles, California in a sealed envelope with postage

12

thereon fully prepaid and addressed to the parties listed on the attached

13

Service List.

14

3.     That there is a regular communication by mail between the

15

place of mailing and the places so addressed.

16

I declare under penalty of perjury that the foregoing is true and

17

correct.   Executed this 7th day of February, 2008, at Los Angeles,

18

California.

19

_____

20

ANN MARIE GENOVESE

21

22

23

24

25

26

27

28

**In re Korean Airlines Co., Ltd. Antitrust Litigation, MDL 1891**

**SERVICE LIST**

**PLAINTIFFS:**

Lionel Z. Glancy
Michael M. Goldberg
Andy Sohrn
Glancy Binkow & Goldberg LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
lglancy@glancylaw.com
mmgoldberg@glancylaw.com
asohrn@glancylaw.com

**Attorneys for Plaintiffs Hyun Park & Howard Ree, Soon Lee, Helen Chong**

Jeff S. Westerman
Milberg Weiss LLP
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Tel: (213) 617-1200
Fax: (213) 617-1975
jwesterman@milbergweiss.com

Peter Safirstein
Andrew Morganti
Milberg Weiss LLP
One Pennsylvania Plaza
New York, NY 10119
Tel: (212) 594-5300
Fax: (212) 868-1229
psafirstein@milbergweiss.com
amorganti@milbergweiss.com

**Attorney for Plaintiffs Jason Lee and James Lee**

Blake M. Harper
Dennis Stewart
Jennifer A. Kagan
Hulett Harper & Stewart
550 West C Street, Suite 1600
San Diego, CA 92101
Tel: (619) 338-1133
Fax: (619) 338-1139
bmh@hulettharper.com
dstewart@hulettharper.com
jenni@hulettharper.com

Michael R. Reese
Gutride Safier Reese
230 Park Avenue, 10th Floor
New York, NY 10169
Tel: (212) 579-4625
Fax: (212) 253-4272
michael@gutridesafier.com

**Attorneys for Plaintiff Laura Albee**

16

Roy M. Bell
Jason S. Hartley
Jason M. Lindner
Ross Dixon & Bell
550 West B Street, Suite 400
San Diego, CA 92101
Tel: (619) 235-4040
Fax: (619) 231-8796
rbell@rdblaw.com
jhartley@rdblaw.com
jlindner@rdblaw.com

Kevin F. Keiffer
Paul K. Song
Ross Dixon & Bell
5 Park Plaza, Suite 1200
Irvine, CA 92614
Tel: (949) 622-2700
Fax: (949) 622-2739
courtir@rdblaw.com
paul.song@sdma.com

**Attorneys for Plaintiffs Desa Philadelphia, Heung-ki Youn, Christina Park, Jimmy Chau, Dae Hyung Lee, Timothy S. Murphy, Eun Chun Lim, and Joe Choi**

Shaun Setareh
Shaun Setareh Law Offices
1055 Wilshire Blvd, Suite 1940
Los Angeles, CA 90017
Tel: (213) 250-9333
Fax: (213) 250-9333
setarehlaw@sbcglobal.net

Peter Rukin
Steven M. Tindall
Rukin Hyland Doria & Tindall
100 Pine Street, Suite 725
San Francisco, CA 94111
Tel: (415) 421-1800
Fax: (415) 421-1700
peterrukin@rhddlaw.com
steventindall@rhdtlaw.com

**Attorneys for Plaintiff Sun Im Choi**

Marc M. Seltzer
Steven G. Sklaver
Susman Godfrey
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3006
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

**Attorneys for Plaintiff Cynthia Yoo**

Jonathan Shub
Seeger Weiss
1515 Market Street, Suite 1380
Philadelphia, PA 19107
Tel: (215) 564-2300
Fax: (215) 851-8029
jshub@seegerweiss.com

Paul M. Weiss
William M. Sweetnam
Eric C. Brunick
Freed & Weiss LLC
111 West Washington Street, Suite 1331
Chicago, IL 60602
Tel: (312) 220-0000
Fax: (312) 220 7777
paul@freedweiss.com
bills@freedweiss.com
ericb@freedweiss.com

17

| | | |
|---|---|---|
| 1 | Eric Stoppenhagen | David Arbogast |
| 2 | Law Office of Eric Stoppenhagen<br>285 Avenue C, Suite MB | Spiro Moss Barness LLP<br>11377 West Olympic Boulevard, |
|  | New York, NY  10009 | Fifth Floor |
| 3 | Tel:  (646) 594-8669 | Los Angeles, CA 90064-1683 |
|  | Fax: (949) 258-5379 | Tel:  (310) 235-2468 |
| 4 | eric@stoppenhagen.com | Fax: (310) 235-2456 |
|  |  | david@spiromoss.com |
| 5 | | |

**Attorneys for Plaintiff Phillip Reineck**

| | | |
|---|---|---|
| 6 | | |
| 7 | Walter L. Lack<br>Richard P. Kinnan | Michael Flannery<br>Carey & Danis |
|  | Engstrom Lipscomb & Lack | 8235 Forsyth Boulevard, Suite 1100 |
| 8 | 10100 Santa Monica Blvd., 16th Floor | St. Louis, MO  63105 |
|  | Los Angeles, CA  90067 | Tel:  (314) 725-7700 |
| 9 | Tel:  (310) 552-3800 | Fax: (314) 721-0905 |
|  | Fax: (310) 552-9434 | mflannery@careydanis.com |
| 10 | wlack@elllaw.com | |
|  | rkinnan@elllaw.com | |
| 11 | | |

**Attorneys for Plaintiff Donald Wortman**   **Attorney for Plaintiff James Pa**

| | | |
|---|---|---|
| 12 | | |
| 13 | Daniel Hume | Lawrence D. McCabe |
|  | Kirby McInerney LLP | Murray Frank & Sailer |
| 14 | 830 3rd Avenue, 10th Floor | 275 Madison Avenue, Suite 801 |
|  | New York, NY  10022 | New York, NY  10016 |
| 15 | Tel: (212) 371-6600 | Tel: (212) 682-1818 |
|  | Fax: (212) 751-2540 | Fax: (212) 682-1892 |
| 16 | dhume@kmslaw.com | lmccabe@murrayfrank.com |

**Attorney for Plaintiff Soon Lee**   **Attorney for Plaintiff Helen Chong**

| | | |
|---|---|---|
| 17 | | |
| 18 | | |
| 19 | Brian Barry | Richard A. Lockridge |
|  | Law Offices of Brian Barry | W. Joseph Bruckner |
| 20 | 1801 Avenue of the Stars, Suite 307 | R. Reid LeBeau, II |
|  | Los Angeles, CA  90067 | Lockridge Grindal Nauen PLLP |
| 21 | Tel: (310) 788-0831 | 100 Washington Avenue South, |
|  | Fax: (310) 788-0841 | Suite 2200 |
| 22 | Bribarry1@yahoo.com | Minneapolis, MN  55402 |
|  |  | Tel: (612) 339-6900 |
| 23 |  | Fax: (612) 339-0981 |
|  |  | ralockridge@locklaw.com |
| 24 |  | wjbruckner@locklaw.com |
|  |  | rrlebeau@locklaw.com |
| 25 | | |

**Attorney for Plaintiff Cliff Park**   **Attorneys for Plaintiff Timothy S. Murphy**

26

27

28

18

| | | |
|---|---|---|
| 1 | Joseph H. Weiss | Jordan L. Lurie |
| 2 | Joseph D. Cohen<br>Jack Zwick | Leigh A. Parker<br>Weiss & Lurie |
| 3 | Weiss & Lurie<br>551 Fifth Avenue | 10940 Wilshire Boulevard, 23rd<br>Floor |
| 4 | New York, NY 10176<br>Tel: (212) 682-3025 | Los Angeles, CA 90024<br>Tel: (310) 208-2800 |
| 5 | Fax: (212) 682) 3010<br>jcohen@weisslurie.com | Fax: (310) 209-2348<br>jlurie@weisslurie.com |

jcohen@weisslurie.com

lparker@weisslurie.com

**Attorneys for Plaintiff Mark A. Tepler**

| | |
|---|---|
| Robert S. Kitchenoff | Marc H. Edelson |
| Steven A. Asher | Edelson & Associates, LLC |
| Weinstein Kitchenoff & Asher | 45 West Court Street |
| 1845 Walnut Street, Suite 1100 | Doylestown, PA 18901 |
| Philadelphia, PA 19103 | Tel: (215) 230-8043 |
| Tel: (215) 545-7200 | Fax: (215) 230-8735 |
| Fax: (215) 545-6535 | hofedlaw@aol.com |
| kitchenoff@wka-law.com | |
| asher@wka-law.com | |

**Attorneys for Plaintiff Eun Chun Lim**

**Attorney for Leon Song**

| | |
|---|---|
| Robert N. Kaplan | Laurence D. King |
| Linda P. Nussbaum | Lori S. Brody |
| Hae Sung Nam | Kaplan Fox & Kilsheimer |
| Kaplan Fox & Kilsheimer | 350 Sansome Street, Suite 400 |
| 850 Third Avenue, 14th Floor | San Francisco, CA 94104 |
| New York, NY 10022 | Tel: (415) 772-4700 |
| Tel: (212) 687-1980 | Fax: (415) 772-4707 |
| Fax: (212)687-7714 | lking@kaplanfox.com |
| rkaplan@kaplanfox.com | |
| lnussbaum@kaplanfox.com | |
| hnam@kaplanfox.com | |

Lori S. Brody
Kaplan Fox & Kilsheimer
1801 Century Park East, Suite 1460
Los Angeles, CA 90067
Tel: (310) 785-0800
Fax: (310) 785-0897
lbrody@kaplanfox.com

**Attorneys for Plaintiff Duk Soo Moon, Jong Su Kim and Edward Yoo**

19

| | |
|---|---|
| Allyn Z. Lite<br>Joseph J. DePalma<br>Lite DePalma Greenberg & Rivas,<br>LLC<br>Two Gateway Center, 12th Floor<br>Newark, NJ 07102<br>Tel: (973) 623-3000<br>Fax: (973) 623-0858<br>alite@ldgrlaw.com<br>jdepalma@ldgrlaw.com | Terry Gross<br>Adam C. Belsky<br>Monique Alonso<br>Gross & Belsky LLP<br>180 Montgomery Street, Suite 2200<br>San Francisco, CA 94104<br>Tel: (415) 544-0200<br>Fax: (415) 544-0201<br>terry@gbcounsel.com<br>adam@gbcounsel.com<br>counsel@gbcounsel.com |

**Attorneys for Plaintiff Joe Choi**

**Attorneys for Plaintiff R. Stan Morris**

| | |
|---|---|
| Christopher M. Burke<br>Gregory S. Weston<br>Coughlin Stoia Geller Rudman &<br>Robbins<br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Tel: (619) 744-4907<br>Fax: (619) 231-7423<br>chrisb@csgrr.com<br>gweston@csgrr.com | Jared H. Beck<br>Elizabeth Lee Beck<br>Beck & Lee Business Trial Lawyers<br>28 West Flagler Street, Suite 555<br>Miami, FL 33130<br>Tel: (305) 789-0072<br>Fax: (786) 664-3334<br>jared@beckandlee.com<br>elizabeth@beckandlee.com |

**Attorneys for Plaintiff Sun Ja Chun & Bernard Jung Kim**

Joseph W. Cotchett
Steven N. Williams
Cotchett, Pitre & McCarthy
840 Malcolm Rd., Suite 200
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
jcotchett@cpmlegal.com
swilliams@cpmlegal.com

**Attorneys for Plaintiffs Hee Ho Chung, Myung K. Park, Issun K. Park, and Hwa Ja Chung**

| | |
|---|---|
| Steven A. Kanner<br>Freed Kanner London & Millen LLC<br>2201 Waukegan Road, Suite 130<br>Bannockburn, IL 60015<br>Tel: (224) 632-4502<br>Fax: (224) 632-4502<br>skanner@fklmlaw.com | Robert Jeffrey Graham<br>Attorney at Law<br>725 Fremont Avenue<br>South Pasadena, CA 91030<br>Tel: (626) 403-9500<br>Fax: (626) 403-9595 |

**Attorney for Plaintiff Hwa Ja Chung**

**Attorney for Plaintiff Yun Choi**

REPORT OF PLAINTIFFS' INTERIM CO-LEAD COUNSEL FOR STATUS CONFERENCE

1  Clifford H. Pearson                      Bruce L. Simon
   Gary Scott Soter                         Esther L. Klisura
2  Daniel L. Warshaw                        Pearson Simon Soter Warshaw &
   Pearson Simon Soter Warshaw &            Penny LLP
3  Penny LLP                                44 Montgomery Street, Suite 1200
   15165 Ventura Boulevard, Suite 400       San Francisco, CA  94104
4  Sherman Oaks, CA  91403                  Tel:  (415) 433-9000
   Tel:  (818) 205-2800                     Fax: (415) 433-9008
5  Fax: (818) 788-8104                      bsimon@psswplaw.com
   cpearson@psswplaw.com                    eklisura@psswplaw.com
6  gsoter@psswplaw.com
   dwarshaw@psswplaw.com
7
   **Attorneys for Plaintiff Yoon S.**
8  **Chang**

9  Christopher Lovell                       Eugene A. Spector
   Imtiaz Siddiqui                          William G. Caldes
10 Lovell Stewart Halebian LLP              Spector Roseman & Kodroff PC
   500 Fifth Avenue                         1818 Market Street, Suite 2500
11 New York, New York  10110                Philadelphia, PA  19103
   Tel:  (212) 608-1900                     Tel:  (215) 496-0300
12 Fax: (212) 719-4677                      Fax: (215) 496-6611
   clovell@lshllp.com                       espector@srk-law.com
13 isiddiqui@lshllp.com                     bcaldes@srk-law.com

14 **Attorneys for Plaintiff Kirby K.**     **Attorneys for Plaintiff Scott**
   **Kim**                                  **MacLean**
15
   Guido Saveri
16 R. Alexander Saveri
   Cadio Zirpoli
17 Saveri & Saveri, Inc.
   111 Pine Street, Suite 1700
18 San Francisco, CA  94111
   Tel:  (415) 217-6810
19 Fax: (415) 217-2813
   guido@saveri.com
20 rick@saveri.com
   zirpoli@saveri.com
21
   **Attorneys for Plaintiffs Ben Lee, Yun Choi, Tae Ki Hwang and**
22 **Eunkyung Hwang**

23 Randy Renick
   Law Offices of Randy Renick
24 The Marine Building
   128 Fair Oaks Ave.
25 Pasadena, CA  91103
   Tel:  (626) 585-9608
26 Fax: (626) 585-9610
   rrr@renicklaw.com
27
   **Attorney for Plaintiffs Yun Choi, Tae Ki Hwang and Eunkyung Hwang**
28

21

REPORT OF PLAINTIFFS' INTERIM CO-LEAD COUNSEL FOR STATUS CONFERENCE

1   Allan Steyer
    D. Scott Macrae
2   Jill M. Manning
    Steyer Lowenthal Boodrookas
3   Alvarez & Smith LLP
    One California Street, Suite 300
4   San Francisco, CA  94111
    Tel:  (415) 421-3400
5   Fax: (415) 421-2234
    asteyer@steyerlaw.com
6   smacrae@steyerlaw.com
    jmanning@steyerlaw.com
7
    **Attorneys for Plaintiffs Kaz Fujita and Chaekean Ko**
8
    Steven Serratore
9   Serratore Ames LLP
    9595 Wilshire Blvd., Suite 201
10  Beverly Hills, CA  90212
    Tel:  (310) 205-2460
11  Fax: (310) 205-2464
    steve@serratoreames.com
12
    **Attorney for Plaintiffs Tae Ki Hwang and Eunkyung Hwang**
13
    Joseph J. Tabacco                        Manuel Juan Dominguez
14  Christopher T. Heffelfinger              Berman DeValerio Pease &
    James Magid                              Tabacco, PC
15  Lesley Ann Hale                          222 Lakeview Avenue, Suite 900
    Berman DeValerio Pease & Tabacco,        West Palm Beach, FL  33401
16  PC                                       Tel:  (561) 835-9400
    425 California Street, Suite 2100         Fax: (561) 835-0322
17  San Francisco, CA  94104                 mdominguez@bermanesq.com
    Tel:  (415) 433-3200
18  Fax: (415) 433-6382
    jtabacco@bermanesq.com
19  cheffelfinger@bermanesq.com
    jmagid@bermanesq.com
20  lhale@bermanesq.com

21  **Attorneys for Plaintiffs Kirby K. Kim and Jason Kim**

22  Sherman Kassof
    Law Offices of Sherman Kassof
23  555 12th Street, Suite 1900
    Oakland, CA  94607
24  Tel:  (510) 652-2554
    Fax: (510) 652-9308
25  heevay@att.net

26  **Attorneys for Plaintiffs Martin Kaufman and Junghee Kay**

27

28

REPORT OF PLAINTIFFS' INTERIM CO-LEAD COUNSEL FOR STATUS CONFERENCE

1  Joseph M. Patane
   Law Office of Joseph M. Patane
2  2280 Union Street
   San Francisco, CA  94123
3  Tel:  (415) 563-7200
   Fax: (415) 346-0679
4  jpatane@tatp.com

5  **Attorney for Plaintiff Junghee Kay and Kangsik Kay**

6  Lori E. Andrus                          Henry A. Cirillo
   Micha S. Liberty                        Thomas P. Dove
7  Jennie L. Anderson                      Jonathan M. Watkins
   Andrus Liberty & Anderson LLP           Jon T. King
8  1438 Market Street                      The Furth Firm LLP
   San Francisco, CA  94102                225 Bush Street, 15th Floor
9  Tel:  (415) 896-1000                    San Francisco, CA  94104
   Fax: (415) 896-2249                     Tel: (415) 433-2070
10 lori@libertylaw.com                     Fax: (415) 982-2076
   micha@libertylawoffice.com              hcirillo@furth.com
11 jennie@libertylaw.com                   tdove@furth.com
                                           jwatkins@furth.com
12                                         king@furth.com

13 **Attorneys for Plaintiffs Julie Yim and Albert Lee**

14 Lawrence G. Papale                      Kenneth L. Valinoti
   Law Office of Lawrence G. Papale        Valinoti & Dito LLP
15 The Cornerstone Building                180 Montgomery Street, Suite 940
   1308 Main Street, Suite 117             San Francisco, CA  94104
16 St. Helena, CA  95474                   Tel:  (415) 986-1336
   Tel:  (707) 963-1704                    Fax: (415) 986-1231
17 Fax: (707) 963-0706                     kvalinoti@valinoti-dito.com
   lgpapale@papalelaw.com
18
   **Attorney for Plaintiff Kangsik Kay**  **Attorney for Plaintiff Jo Kyu**
19                                         **Chun**

   Mario N. Alioto
20 Lauren C. Russell
   Trump, Alioto, Trump & Prescott,
21 LLP
   2280 Union Street
22 San Francisco, CA  94123
   Tel:  (415) 563-7200
23 Fax: (415) 563-7200
   malioto@tatp.com
24 laurenrussell@tatp.com

25 **Attorneys for Plaintiffs Martin Kaufman, Junghee Kay and Jo Kyu**
   **Chun**
26

27

28

| | | |
|---|---|---|
| 1 | Michael P. Lehmann | Michael D. Hausfeld |
| 2 | Cohen, Milstein, Hausfeld & Toll, PLLC | Charles E. Tompkins<br>Andrew B. Bullion |
| | One Embarcadero Center, Suite 2440 | Andrea L. Hertzfeld |
| 3 | San Francisco, CA  94111<br>Tel:  (415) 229-2081 | Hilary K. Ratway<br>Cohen, Milstein, Hausfeld & Toll, |
| 4 | Fax: (415) 986-3643 | PLLC |
| | mlehmann@cmht.com | 1100 New York Ave., NW |
| 5 | | Suite 500, West Tower<br>Washington, DC  20005 |
| 6 | | Tel:  (202) 408-4600<br>Fax: (202) 408-4699 |
| 7 | | mhausfeld@cmht.com<br>ctompkins@cmht.com |
| 8 | | abullion@cmht.com<br>ahertzfeld@cmht.com |
| 9 | | hratway@cmht.com |

**Attorneys for Plaintiffs Hee Ho Chung, Myung K. Park, Issun K. Park, Hwa Ja Chung, Scott McLean, Won B. Kang, Joong H. Kang, Christopher James Lee, Yang Hee Lee, and Peter Kim**

| | | |
|---|---|---|
| 12 | Ralph B. Kalfayan | Ali Oromchian |
| 13 | David M. Watson<br>David B. Zlotnick | Attorney At Law<br>2603 Camino Ramon, Suite 200 |
| | Krause Kalfayan Benink & Slavens, | San Ramon, CA  94583 |
| 14 | LLP | Tel:  (925) 242-2511 |
| | 625 Broadway, Suite 635 | Fax: (925) 884-1725 |
| 15 | San Diego, CA  92101<br>Tel:  (619) 232-0331 | ao@dentalcounsel.com |
| 16 | Fax: (619) 232-4019 | |
| | rkalfayan@kkbs-law.com | |
| 17 | dwatson@kkbs-law.com<br>dzlotnick@kkbs-law.com | |

**Attorneys for Plaintiff World Wide Tours of Mission Valley, Inc.**

| | | |
|---|---|---|
| 20 | Robert S. Schachter<br>Justin M. Tarshis | Dan Drachler<br>Zwerling Schachter & Zwerling, |
| 21 | Zwerling Schachter & Zwerling, LLP<br>41 Madison Avenue, 32nd Floor | LLP<br>1904 Third Avenue, Suite 1030 |
| 22 | New York, NY  10010<br>Tel:  (212) 371-3900 | Seattle, WA  98101<br>Tel:  (206) 223-2053 |
| 23 | Fax: (212) 371-5969<br>rschachter@zsz.com | Fax: (206) 343-9636<br>ddrachler@zsz.com |
| 24 | jtarshis@zsz.com | |

**Attorneys for Plaintiff World Wide Tours of Mission Valley, Inc.**

24

1 Steve W. Berman
2 Anthony D. Shapiro
Hagens Berman Sobol Shapiro LLP
3 1301 Fifth Ave, Suite 2900
Seattle, WA  98101
4 Tel:  (206) 623-7292
Fax: (206) 623-0594
5 steve@hbsslaw.com
tony@hbsslaw.com

6 **Attorneys for Plaintiffs James Van Horn, Kyong Cha Pak, Ki-Yong**
7 **Nam, Young Teak Moon, Seung Ok Moon, Leeva Chung, Jong Soo**
**Kim, Steven Kim, Songmi Kim, Chae Kim, Michael Choi, Jay Sohn,**
8 **John Papazian, Ki Won Lee, Sungshic Park, Jane Kim, Edward Yoo,**
**Eddie Moon, Edward Cho, Chang Choo, Mark Youn, Gyeong Hyeon**
9 **Lee, Woul Eun Yoo, Seok Young Oh, Hanna Young Oh, Charlene I.**
**Lee, Kevin Moon and Jin Ok Kim**

10 Steve Greenfogel                    Martin E. Grossman
Daniel Allanoff                     Law Offices of Martin E. Grossman
11 Meredith Cohen Greenfogel &        2121 Greenbrier Drive
Skirnick                            Villanova, PA  19085
12 117 S. 17th St., 22nd Floor
Philadelphia, PA  19103
13 Tel:  (215) 564-5185
Fax: (215) 569-0958
14 sgreenfogel@mcgslaw.com
dallanoff@mcgslaw.com
15
**Attorneys for Plaintiff James Van**
16 **Horn**

17 Anthony Bolognese
Bolognese & Associates
18 2 Penn Center
1500 JFK Boulevard, Suite 320
19 Philadelphia, PA  19102
Tel:  (215) 814-6750
20 Fax: (215) 814-6764
abolognese@bolognese-law.com
21
**Attorneys for Plaintiffs Kyong Cha Pak and Ki-Yong Nam**
22
Joshua P. Davis
23 Law Office of Joshua P. Davis
437A Valley Street
24 San Francisco, CA  94131
Tel:  (415) 422-6223
25 Fax: (415) 422-6433

26 **Attorney for Plaintiff Leeva Chung**

27

28

1   Joseph R. Saveri             Christopher E. Coleman
     Eric B. Fastiff              Lieff Cabraser Heimann & Bernstein

2   Lieff Cabraser Heimann & Bernstein   LLP
     LLP                 One Nashville Place

3   Embarcadero Center West      150 Fourth Avenue North, Suite
     275 Battery Street, Suite 3000    1650

4   San Francisco, CA  94111      Nashville, TN  37219
     Tel:  (415) 956-1000        Tel:  (615) 313-9000

5   Fax: (415) 956-1008        Fax: (615) 313-9965
     jsaveri@lchb.com          ccoleman@lchb.com

6   efastiff@lchb.com

7   **Attorneys for Plaintiffs Amy Bricker, Young Teak Moon & Seung Ok**
     **Moon**

8

9   Russell M. Aoki
     Aoki Sakamoto Grant
     701 Pike Street

10  Seattle, WA  98101
     Tel:  (206) 624-1900

11  Fax: (206) 442-4396
     russ@aoki-sakamoto.com

12

13  **Attorney for Plaintiffs Steven Kim, Songmi Chim and Chae Kim**

14  Warren Rubin
     Law Offices of Bernard M. Gross,
     PC

15  100 Penn Square East, Suite 450
     Philadelphia, PA  19107

16  Tel:  (215) 561-3600
     Fax: (215) 561-3000

17  warren@bernardmgross.com

18  **Attorney for Plaintiffs Michael Choi and Jay Sohn**

19  Joseph Kohn             Gregory P. Hansel
     Robert Swift              Preti Flaherty Beliveau & Pachios

20  William Hoese            LLP
     Douglas Abrahams        One City Center

21  Kohn Swift & Graf         PO Box 9546
     One South Broad Street, Suite 2100  Portland, ME  04112

22  Philadelphia, PA  19107      Tel:  (207) 791-3000
     Tel:  (215) 238-1700       Fax: (207) 791-3111

23  Fax: (215) 238-1968       ghansel@preti.com
     jkohn@kohnswift.com

24  rswift@kohnswift.com
     whoese@kohnswift.com

25  dabrahams@kohnswift.com

26  **Attorneys for Plaintiffs Michael Choi and Jane Kim**

27

28

REPORT OF PLAINTIFFS' INTERIM CO-LEAD COUNSEL FOR STATUS CONFERENCE

| | |
|---|---|
| Paul Bennett | Bruce E. Gerstein |
| Steven Sidener | Garwin Gerstein & Fisher LLP |
| Joseph Barton | 1501 Broadway |
| Gold Bennett Cera & Sidener, LLP | New York, NY  10036 |
| 595 Market Street, Suite 2300 | Tel:  (212) 398-0055 |
| San Francisco, CA  94105 | Fax: (212) 764-6620 |
| Tel:  (415-777-2230 | bgerstein@garwingerstein.com |
| Fax: (415-777-5189 | |
| pbennett@gbcslaw.com | |
| ssidener@gbcslaw.com | |
| jbarton@gbcslaw.com | |

**Attorneys for Plaintiff John Papazian**          **Attorney for Plaintiff Eddie Moon**

| | |
|---|---|
| Eddie Yoon | Vicky J. Currie |
| 9315 Gravelly Lake Drive SW, Suite 305 | 5516 75th Street West |
| Lakewood, WA  98499 | Tacoma, WA  98499 |
| Tel:  (253) 983-8475 | Tel:  (253) 475-7596 |
| | Fax: (253) 475-7596 |

**Attorneys for Plaintiffs Ki Ja Chung, Joo Yong Jin, Tae Bong Nam, Joo Jin, Hyun Tae Kim, Ki Myung Chung, Myung Suk Joo, Jane Doe Joo, Jing Yong Kim, Hwan Hang Hur, Moon Ho Kim and  Jane Doe Kim**

| | |
|---|---|
| Kenneth A. Elan | Patricia I. Avery |
| Law Office of Kenneth A. Elan | Emily Madoff |
| 217 Broadway, Suite 606 | Wolf & Popper |
| New York, NY  10007 | 845 Third Avenue |
| Tel:  (212) 619-0261 | New York, NY  10022 |
| elanfirm@yahoo.com | Tel:  (212) 451-9619 |
| | Fax: (212) 486-2093 |
| | pavery@wolfpopper.com |
| | emadoff@wolfpopper.com |

**Attorney for Plaintiff Edward Cho**          **Attorneys for Plaintiff Chang Choo**

| |
|---|
| Jeffrey H. Squire |
| Bragar Wexler & Eagel, PC |
| 885 Third Avenue, Suite 3040 |
| New York, NY  10022 |
| Tel:  (212) 308-5858 |

**Attorney for Plaintiffs Edward Cho and Mark Youn**

| | |
|---|---|
| James J. Sipchen | W. Dan Lee |
| Pretzel & Stouffer, Chtd. | Lee Law Offices, Ltd. |
| One South Wacker Drive, Suite 2500 | 155 North Michigan Avenue, Suite 631 |
| Chicago, IL  60606 | Chicago, IL  60601 |
| Tel:  (312) 346-1973 | Tel:  (312) 729-5345 |
| Fax: (312) 346-7422 | |
| jsipchen@pretzel-stouffer.com | |

**Attorneys for Plaintiffs Gyeong Hyeon Lee, Woul Eun Yoo, Seok Young Oh, Hanna Young Oh, Charlene I. Lee**

27

H. Laddie Montague, Jr.
Ruthanne Gordon
Eric L. Cramer
Berger Montague P.C.
1622 Locust Street
Philadelphia, PA 19103
Tel: (215-875-3000
Fax: (215-875-4604
hlmontague@bm.net
rgordon@bm.net
ecramer@bm.net

**Attorneys for Plaintiffs Leeva Chung, Kevin Moon and Jin Ok Kim**

Fredric Ellis
Edward Rapacki
Joseph Makalusky
Ellis & Rapacki LLP
85 Merrimac St., Suite 500
Boston, MA 02114
rellis@ellisrapacki.com
erapacki@ellisrapacki.com
jmakalusky@ellisrapacki.com

**Attorneys for Plaintiff Song Kim**

Andrew Leavitt
Andrew M. Leavitt
Law Office of Andrew M. Leavitt
633 South 7th Street
Las Vegas, NV 89101
lettie.herrera@andrewleavittlaw.com

Vincent Esades
Scott Carlson
Jessica Servais
Heins Mills & Olson, PC
310 Clifton Avenue
Minneapolis, MN 55403
vesades@heinsmills.com
scarlson@heinsmills.com
jservais@heinsmills.com

**Attorneys for Plaintiff Sook Yung Lee**

William Lacy
Lacy & Snyder, LLP
300 Prime Point, Suite 100
Peachtree City, GA 30269
tlacy@lacysnyder.com

Mark Reinhardt
Reinhardt, Wendorf & Blanchfield
E1250 First National Bank Building
332 Minnesota Street
St. Paul, MN 55110
mreinhardt@comcast.net

**Attorneys for Plaintiff John Perry**

Joseph Goldberg
Freedman Boyd Daniels Hollander & Goldberg PA
20 First Plaza, Suite 700
Albuquerque, NM 87102
jg@fbdlaw.com

Dianne Nast
RodaNast, PC
801 Estelle Drive
Lancaster, PA 17601
dnast@rodanast.com

REPORT OF PLAINTIFFS' INTERIM CO-LEAD COUNSEL FOR STATUS CONFERENCE

| | |
|---|---|
| Donald Perelman | Daniel Gustafson |
| Fine, Kaplan & Black, RPC | Daniel Hedlund |
| 1835 Market Street, 28th Floor | Gustafson Gluek PLLC |
| Philadelphia, PA  19103 | 608 2nd Avenue South, Suite 650 |
| dperelman@finekaplan.com | Minneapolis, MN  55402 |
| | dgustafson@gustafsongluek.com |
| | dhedlund@gustafsongluek.com |

**Attorneys for Plaintiff Steven Hong and Christopher Lee**

| | |
|---|---|
| B.J. Wade | Michael Buchman |
| Glassman Edwards Wade & Wyatt, PC | Douglas Richards |
| | Pomerantz Haudek Block Grossman |
| 26 North Second Street | & Gross LLP |
| Memphis, TN  38103 | 100 Park Avenue, 26th Floor |
| bwade@gewwlaw.com | New York, NY  10119 |
| | mbuchman@pomlaw.com |
| | drichards@pomlaw.com |

**Attorneys for Plaintiff Yoong Kim**

Won K. Lee
Lee Law Offices, Ltd.
155 North Michigan Avenue, Suite 631
Chicago, IL  60601

**Attorneys for Plaintiffs Young Keun Park, Myung Hwan Rim, Yeong Seon Cho, Gyeong Hyeon Lee, Would Eun Yoo, Yunsik Bong, Hwa Jeong Kang, In Ah Min, Seok Young Oh, Hanna Young Oh, Chang Sim Lee, Ji Hong Lee, Jong Won Lee, Ja Koung Kim, Jong Hoon Park, Ji Hee Jang, Kye Ryong Park, Hong Seo Lee, Clara W. Lee, David Y Lee, Grace K Lee, Charlene I Lee, Joyce J Lee, Max 969, Inc., and Goldway Trading Corp.**

## DEFENDANTS:

| | |
|---|---|
| Willard K. Tom | Richard Lee |
| Peter Halle | Morgan Lewis & Bockius LLP |
| Joseph Brooks | 300 S. Grand Avenue, 22nd Floor |
| Morgan Lewis & Bockius LLP | Los Angeles, CA  90071 |
| 1111 Pennsylvania Avenue, NW | Tel:  (213) 612-7267 |
| Washington, D.C. 20004 | Fax: (213) 612-2501 |
| Tel:  (202) 739-5225 | richard.lee@morganlewis.com |
| Fax: (202) 739-3001 | |
| wtom@morganlewis.com | |
| phalle@morganlewis.com | |
| jbrooks@morganlewis.com | |

**Attorneys for Defendant Korean Airlines Co., Ltd**

29

1   Jon L. Rewinski
    Heller Ehrman, LLP
2   333 S. Hope Street, 39th Floor
    Los Angeles, CA  90071
3   Tel:  (213) 689-0200
    Fax: (213) 614-1868
4   jon.rewinski@hellerehrman.com

5   **Attorney for Defendant Asiana Airlines, Inc.**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28