JOSEPH W. COTCHETT (36324)
jcotchett@cpmlegal.com
STEVEN N. WILLIAMS (175489)
swilliams@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:(650) 697-0577

GUIDO SAVERI (22349)
guido@saveri.com
R. ALEXANDER SAVERI (173102)
rick@saveri.com
**SAVERI & SAVERI, INC.**
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

WALTER L. LACK (57550)
wlack@elllaw.com
RICHARD P. KINNAN (123170)
rkinnan@elllaw.com
**ENGSTROM, LIPSCOMB & LACK**
10100 Santa Monica Blvd., 16th Floor,
Los Angeles, CA 90067
Telephone: (310) 552-3800
Facsimile: (310) 552-9434

STANLEY M. GROSSMAN
sgrossman@pomlaw.com
MICHAEL J. BUCHMAN
mbuchman@pomlaw.com
J. DOUGLAS RICHARDS
drichards@pomlaw.com
**POMERANTZ HAUDEK BLOCK GROSSMAN & GROSS**
100 Park Avenue
New York, NY 10017
Telephone: 212-661-1100
Facsimile: 212-661-8665

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE KOREAN AIRLINES CO., LTD.,  ANTITRUST LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>ALL ACTIONS<br>_____ | MDL No. 1891<br><br>Case No. 07-cv-05107-SJO (MANx)<br><br>**NOTICE OF WITHDRAWAL OF RESPONSE TO MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL AND CROSS-MOTION FOR APPOINTMENT AS INTERIM CO-LEAD CLASS COUNSEL** |



**NOTICE OF WITHDRAWAL OF RESPONSE TO MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL AND CROSS-MOTION FOR APPOINTMENT AS INTERIM CO-LEAD CLASS COUNSEL
MDL No. 1891; Case No. 07-cv-05107-SJO (MANx)**

**TO THE COURT AND ALL COUNSEL OF RECORD:**

Please take notice that the firms Cotchett, Pitre & McCarthy, Saveri & Saveri, Inc., Engstrom, Lipscomb & Lack, and Pomerantz Haudek Block Grossman & Gross withdraw their Response to Motion for Appointment of Interim Lead Counsel and Cross-Motion for Appointment as Interim Co-Lead Class Counsel, which was filed on January 14, 2008 in this action.

COTCHETT, PITRE & McCARTHY

Dated: February 7, 2008         *Joseph W. Cotchett*
                                 JOSEPH W. COTCHETT

*Attorneys for Plaintiffs and the Proposed Class*

---

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**NOTICE OF WITHDRAWAL OF RESPONSE TO MOTION FOR APPOINTMENT OF INTERIM LEAD COUNSEL AND CROSS-MOTION FOR APPOINTMENT AS INTERIM CO-LEAD CLASS COUNSEL**
MDL No. 1891; Case No. 07-cv-05107-SJO (MANx)                    1