1  MORGAN, LEWIS & BOCKIUS LLP
   RICHARD H. LEE, State Bar No. 223553
2  300 South Grand Avenue
   Twenty-Second Floor
3  Los Angeles, CA  90071-3132
   Tel: 213.612.2500
4  Fax: 213.612.2501

5  Attorneys for Defendant
   Korean Air Lines Co., Ltd.
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | IN RE KOREAN AIR LINES CO., | Lead Case No. CV 07-05107 SJO (AGRx)
   | LTD. ANTITRUST LITIGATION   |
12 |                              |
   |                              | MDL Case No. CV 07-1891 SJO (AGRx)
13 |                              |
14 |                              | **NOTICE OF FILING WITH THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION A NOTICE OF TAG-ALONG ACTION**
15
16
17

18      Please take notice that on February 21, 2008, Defendant Korean Air Lines

19 Co., Ltd., through undersigned counsel, filed the attached Notice of Tag-Along

20 Action with the Judicial Panel on Multidistrict Litigation.

21

22 Dated:    February 21, 2008            MORGAN, LEWIS & BOCKIUS LLP
                                           RICHARD H. LEE
23

24
                                           By _____
25                                            Richard H. Lee
                                              Attorneys for Defendant
26                                            Korean Air Lines Co., Ltd.

27

28

1-LA/980304.1

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES