SEND

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **MDL- 07-01891 SJO (AGRx)** <br> **CV 07-05107-SJO (AGRx)** | Date | February 15, 2008 |
|---|---|---|---|
| Title | **Hyun Park et al. V. Korean Air Lines Co., Ltd.,** | | |

Present: The Honorable      S. James Otero and Magistrate Judge Alicia G. Rosenberg

| Victor Paul Cruz | Margarita Lopez | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Susan G. Kupfer | Peter E. Halle |
| Andy Sohrn | Richard E. Lee |
| Lionel Z. Glancy | Willard K. Tom |
| Jeff Westerman | Andrea Sheridan Ordin |
| Jason S. Hartley | Robert G. Badal |
| David M. Arbogast | Bethany Marvin |
| Marc M. Seltzer | |
| Mary Lynne Calkins | |
| Gregory Weston | |
| Elizabeth Lee Beck | |
| Jared H. BeckLori S. Brody | |
| Mario N. Alioto | |
| Joseph M. Makalusky | |
| Joseph M. Patane | |
| Lawrence G. Papale | |

  **Proceedings:**          STATUS CONFERENCE


        Matter called.  The Court indicates for the purposes of this proceeding that it has reviewed the following documents, the report of plaintiffs' interim co-lead counsel, the report by the indirect purchaser plaintiffs, and the defendants'status report.  The Court has also considered the Alioto firm's request for appointment of interim lead counsel.  Judge Otero and Judge Alicia G. Rosenberg make certain disclosures.

        The Court indicates that there is only one indirect purchaser case CV 07-06542 SJO (AGRx) . The Court and counsel confer regarding the setting of a briefing schedule and class certification date, discovery issues and disclosure issues.  The Court orders that all the direct purchaser actions be consolidated in the low case number CV 07-05107 SJO (AJRx).  Presently, there is only one indirect purchaser case, CV 07-06542 SJO (AGRx), documents in this case shall be filed separately from the direct purchaser cases (see list below).  All subsequent filings shall include the designated direct or indirect case number and the MDL case number 07-01891.  The Court takes a recess to allow all parties to meet and confer to discuss the leadership structure.

        The Court resumes the bench.  The Court indicates that the pro hac vice process shall be formally complied with.  Additionally, all counsel who have not formally made an appearance with this Court are required to file the appropriate notice of appearance or substitution of attorney.  The Court is

SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **MDL- 07-01891 SJO (AGRx)**<br>**CV 07-05107-SJO (AGRx)** | Date | February 15, 2008 |
|---|---|---|---|
| Title | **Hyun Park et al. V. Korean Air Lines Co., Ltd.,** | | |

advised that the Alioto firm's motion for appointment of intermin lead counsel has been withdrawn and that the parties have agreed that Mr. Seltzer, Mr. Westerman, and Ms. Kupfer shall be co-lead counsel. The Court and counsel confer regarding a proposed briefing schedule.

The Court sets the following schedule as to the direct purchasers (CV 07-05107 SJO (AGRx):
The amended complaint shall be filed by February 29, 2008.
The motion to dismiss shall be filed by April 4, 2008 (25 pages); Opposition due May 9, 2008 (25 pages); Reply due May 23, 2008 (10 pages).
Hearing on motion to dismiss shall be June 9, 2008 @ 10:00 a.m.

The Court sets the following schedule as to the indirect purchasers (CV 07-06542 SJO (AGRx):
The amended complaint shall be filed by March 1, 2008.
The motion to dismiss shall be filed by April 18, 2008(25 pages); Opposition due May 23, 2008 (25 pages); Reply due June 6, 2008 (10 pages).
Hearing on motion to dismiss shall be June 23, 2008 @ 10:00 a.m.

**Case Designated as In-Direct Purchaser Cases:**

1.      CV 07-06542 SJO (AGRx) Soon Ja Chun and Bernard Jung Kim v. Korean Air Lines., LTD.,

**Cases Designated as Direct Purchaser Cases:**

1.      CV 07-05107 SJO (AGRx) Hyun Park et al. V. Korean Air Lines Co., Ltd.,
2.      CV 07-05453 SJO (AGRx) Desa Philadelphia, on Behalf of herself and All Others Similarly Situated  v. Korean Air Lines Co., Ltd.,
3.      CV 07-05561 SJO (AGRx) Cliff Park v. Korean Air Lines Co., LTD., et al,
4.      CV 07-05583 SJO (AGRx) Heung-Ki Youn v. Korean Air Lines Co., Ltd.,
5.      CV 07-05593 SJO (AGRx) Laura Albee v. Korean Air Lines Co., Ltd.,
6.      CV 07-05734 SJO (AGRx) Christina Park, v. Korean Air Lines Co. LTD.,
7.      CV 07-05735 SJO (AGRx) Jimmy Chau v. Korean Air Lines Co., LTD., et al,
8.      CV 07-05853 SJO (AGRx) Soon Lee v. Korean Air Lines Co., LTD., et al,
9.      CV 07-05854 SJO (AGRx) Helen Chong v. Korean Air Lines Co., Ltd.,
10.     CV 07-05865 SJO (AGRx) Phillip Reineck v. Korean Air Lines Co., Ltd.,
11.     CV 07-06203 SJO (AGRx) Dea Hyung v. Korean Air Lines Co., Ltd.,
12.     CV 07-06340 SJO (AGRx) Timothy S. Murphy v. Korean Air Lines Co., Ltd.,
13.     CV 07-06386 SJO (AGRx) Cynthia Yoo v. Korean Air Lines Co., Ltd.,
14.     CV 07-06509 SJO (AGRx) Sun Im Choi v. Korean Air Lines Co., Ltd.,
15.     CV 07-06715 SJO (AGRx) Leon Song v. Korean Air Lines., LTD., Asiana Airlines, Inc.,
16.     CV 07-06894 SJO (AGRx) Jason Lee and James Lee v. Korean Air Lines Co., Ltd. and Corporate John Does.
17.     CV 07-07047 SJO (AGRx) David Wortman v. Korean Air Lines., LTD., DOES 1 through 10 inclusive.
18.     CV 07-07445 SJO (AGRx) Eun Chun Lim v. Korean Air Lines Co. Ltd. et al

SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **MDL- 07-01891 SJO (AGRx)**<br>**CV 07-05107-SJO (AGRx)** | Date | February 15, 2008 |
|---|---|---|---|

| Title | **Hyun Park et al. V. Korean Air Lines Co., Ltd.,** |
|---|---|

19.    CV 07-07514-SJO (AGRx) Duk Soo Moon v Korean Airlines Co., Ltd et al
20.    CV 07-07723-SJO (AGRx) Joe Choi v. Korean Air Lines Co. Ltd. et al
21.    CV 07-08211-SJO (AGRx).Marc Tepler v. Korean Airlines, Co., LTD
22.    CV 07-08381-SJO (AGRx) Hee Ho Chung et al v. Korean Air Lines Co Ltd
23.    CV 07-08403-SJO (AGRx) Hwa Ja Chung v. Korean Air Lines Co. Ltd.
24.    CV 07-08404-SJO (AGRx) Ben Lee v. Korean Air Lines Co. Ltd.
25.    CV 07-08405-SJO (AGRx) Yoon S Chang v. Korean Air Lines Co., Ltd. et al
26.    CV 07-08407-SJO (AGRx) Kirby K Kim v. Korean Air Lines Co., Ltd.
27.    CV 07-08408-SJO (AGRx) Scott McLean et al v. Korean Air Lines Co., Ltd. et al
28.    CV 07-08409-SJO (AGRx) Martin Kaufman v. Korean Airlines Co. Ltd. et al
29.    CV 07-08412-SJO (AGRx) Kaz Fujita v. Korean Air Lines Co. Ltd. et al
30.    CV 07-08413-SJO (AGRx) Amy Bricker v. Korean Air Lines Co., Ltd. et al
31.    CV 07-08415-SJO (AGRx) Michael Lee v. Korean Air Lines Co., Ltd. et al
32.    CV 07-08417-SJO (AGRx) Song Kim v. Korean Air Lines Co., Ltd.
33.    CV 07-08418-SJO (AGRx) Sook Yung Lee et al v. Korean Air Lines Co., Ltd. et al
34.    CV 07-08419-SJO (AGRx) Yoong Kim v. Korean Air Lines Co., Ltd. et al
35.    CV 07-08420-SJO (AGRx) James Van Horn v. Korean Air Lines Co Ltd
36.    CV 07-08421-SJO (AGRx) Ki-Yong Nam v. Korean Air Lines Co Ltd
37.    CV 07-08422-SJO (AGRx) Young Teak Moon et al v. Korean Air Lines Co Ltd
38.    CV 07-08423-SJO (AGRx) Leeva Chung v. Korean Air Lines Co Ltd
39.    CV 07-08425-SJO (AGRx) Jong Su Kim v. Korean Air Lines Co Ltd
40.    CV 07-08426-SJO (AGRx) Steven Kim et al v. Korean Air Lines Co. Ltd et al
41.    CV 07-08427-SJO (AGRx) Chae Kim v. Korean Air Lines Co Ltd et al
42.    CV 07-08429-SJO (AGRx) Jay Sohn v. Korean Air Lines Co Ltd
43.    CV 07-08430-SJO (AGRx) John Papazian v. Korean Air Lines Co Ltd
44.    CV 07-08432-SJO (AGRx) Michael Choi v. Korean Air Lines Co Ltd
45.    CV 08-00179-SJO (AGRx) Dov Frishberg v. Korean Air Lines Co., Ltd. et al
46.    CV 08-00193-SJO (AGRx) Sooyeon Kim v. Korean Air Lines Co., Ltd. et al
47.    CV 08-00637-SJO (AGRx) Stan Morris v. Korean Air Lines Co., Ltd.
48.    CV 08-00638-SJO (AGRx) Tae Ki Hwang et al v. Korean Air Lines Co. Ltd. et al
49.    CV 08-00639-SJO (AGRx) Chaejean Ko v. Korean Air Lines Co., Ltd. et al
50.    CV 08-00640-SJO (AGRx) Jason Kim v. Korean Air Lines Co. Ltd. et al
51.    CV 08-00642-SJO (AGRx) Junghee Kay v. Korean Airlines Co. Ltd. et al
52.    CV 08-00643-SJO (AGRx) Julie Yim et al v. Korean Air Lines Co. Ltd. et al
53.    CV 08-00644-SJO (AGRx) Kangsik Kay v. Korean Airlines Co. Ltd. et al
54.    CV 08-00645-SJO (AGRx) Jo Kyu Chun v. Korean Airlines Co. Ltd. et al
55.    CV 08-00646-SJO (AGRx) Won B. Kang et al v. Korean Airlines Co. Ltd. et al
56.    CV 08-00647-SJO (AGRx) Christopher James Lee et al v. Korean Air Lines Co., Ltd. et al
57.    CV 08-00648-SJO (AGRx) Peter Kim v. Korean Air Lines., Ltd. et al
58.    CV 08-00649-SJO (AGRx) John Perry v. Korean Air Lines Co., Ltd. et al
59.    CV 08-00650-SJO (AGRx) Steven Y. Hong et al v. Korean Air Lines Co., Ltd. et al
60.    CV 08-00651-SJO (AGRx) Ki Won Lee v. Korean Air Lines Co Ltd et al
61.    CV 08-00657-SJO (AGRx) Sungshic Park v. Korean Air Lines Co Ltd
62.    CV 08-00658-SJO (AGRx) Ki Ja Chung et al v. Asiana Airlines Inc et al
63.    CV 08-00659-SJO (AGRx) Jane Kim v. Korean Air Lines Co Ltd
64.    CV 08-00660-SJO (AGRx) Edward Yoo v. Korean Air Lines Co Ltd et al

SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **MDL- 07-01891 SJO (AGRx)**<br>**CV 07-05107-SJO (AGRx)** | Date | February 15, 2008 |
|---|---|---|---|

| Title | **Hyun Park et al. V. Korean Air Lines Co., Ltd.,** |
|---|---|

65.  CV 08-00661-SJO (AGRx)  Eddie Moon v. Korean Air Lines Co Ltd et al
66.  CV 08-00662-SJO  (AGRx)Edward Cho v. Korean Air Lines Co Ltd
67.  CV 08-00664-SJO  (AGRx) Chang Choo v. Korean Air Lines Co Ltd
68.  CV 08-00666-SJO  (AGRx) Mark Youn v. Korean Air Lines Co Ltd
69.  CV 08-00667-SJO  (AGRx) Gyeong Hyeon Lee et al v. Korean Air Lines Co Ltd
70.  CV 08-00668-SJO  (AGRx) Kevin Moon et al v. Korean Air Lines Co Ltd et al
71.  CV 08-00953-SJO  (AGRx) James Pa v. Korean Air Lines Co., Ltd. et al

For statistical purposes, the Clerk's office is directed to move all the parties in re In-Direct cases and counsel, list above, on to the low number case CV 07-05107.  Additionally, the Clerk's office shall statistically close all other cases.

                                                                    :        0/01

                              Initials of Preparer              vpc