1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

7
8
9

| | |
|---|---|
| IN RE KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION | ) ) ) ) ) |   MDL Docket No. 1891 |
| | |
| THIS DOCUMENT RELATES TO: | ) ) ) ) ) |   Base Case No. 2:07-cv-05107-SJO (AGRx) |
| *DIRECT PURCHASER ACTIONS* | |

10
11
12
13
14
15
16
17

## ORDER FOR ELECTRONIC SERVICE

18
19

The parties agree as follows:

20        1.        The parties may serve, and shall accept service of, all non-filed pleadings

21   and letters, including all written discovery requests and responses, via email.  The

22   subject line of such emails shall conform to the following naming convention:  "MDL

23   1891" and the subject of the email and any attachment(s) (example:  "MDL 1891 –

24   Direct Purchaser Plaintiffs' Initial Disclosures").  Attachments shall be in .pdf format,

25   except that discovery requests shall also be served in .doc format.

26        2.        Plaintiffs shall be served at each of the email addresses identified on

27   Attachment 1, which may be modified as necessary upon notice to all parties.

28

MDL No. 1891
Base File No. 2:07-cv-5107 SJO (AGRx)
[PROPOSED] ORDER FOR ELECTRONIC SERVICE

1

3.     Defendants shall be served at each of the email addresses identified on Attachment 2, which may be modified as necessary upon notice to all parties.

4.     The parties need not separately serve any pleading or document that is filed through the Court's Electronic Case Filing (ECF) system.  Rather, pursuant to Fed. R. Civ. P. 5(b)(2)(E), service of such pleading or document will be deemed complete on the day of filing by way of the ECF system's automatic email notification.  The parties nonetheless will email on the day of ECF filing a courtesy copy of the ECF filings to counsel for the parties identified in the Attachments to this stipulation and attach to the email the pleading or documents in .pdf format.

5.     Pursuant to Fed. R. Civ. P. 6(d), three (3) days are added after the period of time to act after service otherwise would expire.

Executed by the authorized representatives of the parties below on the dates set forth.

Dated:  May 19 , 2009

By:  _____/s/ Susan G. Kupfer_____

GLANCY BINKOW & GOLDBERG LLP
SUSAN KUPFER
One Embarcadero Center, Suite 760
San Francisco, CA  94111
Telephone: (415) 972-8160
Facsimile:  (415) 972-8166
Email: skupfer@glancylaw.com

MILBERG LLP
JEFF S. WESTERMAN
One California Plaza
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile:  (213) 617-1975
Email: jwesterman@milberg.com

MDL No. 1891
Base File No. 2:07-cv-5107 SJO (AGRx)
[PROPOSED] ORDER FOR ELECTRONIC SERVICE

2

1

Susman Godfrey LLP
Marc M. Seltzer
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150
Email: mseltzer@susmangodfrey.com

2

3

4

5

Interim Co-lead Counsel for Direct
Purchaser Plaintiffs

6

7

Dated: May 19, 2009

O'MELVENY & MYERS
IAN SIMMONS
1625 Eye St N W
Washington, DC 20006
Tel:  (202) 383-5300
Fax:  (202) 383-5414
Email: isimmons@omm.com

8

9

10

11

12

By:  ____/s/ Ian Simmons____

13

Attorneys for Defendant Asiana Airlines,
Inc.

14

15

Dated:  May 19, 2009

MORGAN LEWIS & BOCKIUS
PETER HALLE
JOSEPH BROOKS
Morgan Lewis & Bockius LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel:  (202) 739-5225
Fax: (202) 739-3001
Email: phalle@morganlewis.com

16

17

18

19

20

21

By:  /s/ Joseph Brooks_____

22

23

Attorneys for Defendant Korean Air Lines,
Co., Ltd.

24

25

26

27

28

MDL No. 1891
Base File No. 2:07-cv-5107 SJO (AGRx)
[PROPOSED] ORDER FOR ELECTRONIC SERVICE

## **ATTACHMENT 1**

| | |
|---|---|
| Susan Kupfer | skupfer@glancylaw.com |
| Sylvie Kern | skern@glancylaw.com |
| Jeff Westerman | jwesterman@milberg.com |
| Paul Novak | pnovak@milberg.com |
| William Scoville | wscoville@milberg.com |
| Marc Seltzer | mseltzer@susmangodfrey.com |
| Barry Barnett | bbarnett@susmangodfrey.com |
| Dan Walker | dwalker@susmangodfrey.com |
| | |
| Bradley Crawford | bcrawford@susmangodfrey.com |
| Cecille Chaffins | cchaffins@milberg.com |
| Meghan Maher | mmaher@milberg.com |
| Sasha Lubkin | sfreception@glancylaw.com |

1

## **ATTACHMENT 2**

2

3

4

5   *Asiana Airlines, Inc.*

6   Ian Simmons                        isimmons@omm.com
7   Alexander P. Okuliar               aokuliar@omm.com
    Predita Rostomian                  prostomian@omm.com
8   Angela Wilks                       awilks@omm.com
9   Gerald A. Stein                    gstein@omm.com
    Daniel N Shallman                  dshallman@omm.com
10

11

12

13

14

15  *Korean Air Lines Co., Ltd.*

16  Peter Halle                        phalle@morganlewis.com
17  Joseph Brooks                      jbrooks@morganlewis.com
    Neal Salisian                      nsalisian@morganlewis.com
18  Willard Tom                        wtom@morganlewis.com
19  Tonya M. Esposito Oliver           toliver@morganlewis.com
    Aaron B. Hewitt                    ahewitt@morganlewis.com
20

21

22

23

24

25

26

27

28

DATED: ___May 21, 2009_____

IT IS SO ORDERED.

Hon. S. James Otero
United States District Judge