GLANCY BINKOW & GOLDBERG LLP
SUSAN G. KUPFER (141724)
SYLVIE K. KERN (111751)
skupfer@glancylaw.com
skern@glancylaw.com
One Embarcadero Center, Suite 760
San Francisco, CA 94111
Tel: (415) 972-8160
Fax: (415) 972-8166

MILBERG LLP
JEFF S. WESTERMAN (94559)
jwesterman@milberg.com
One California Plaza
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071
Tel: (213) 617-1200
Fax: (213) 617-1975

SUSMAN GODFREY L.L.P.
MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Plaintiffs' Interim Co-Lead Class Counsel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| In re KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION<br><br>This Document Relates To:<br>All Actions | MDL NO. 1891<br>**MASTER FILE NO. CV 07-05107 SJO (AGRx)**<br><br>**DECLARATION OF DR. GLORIA J. HURDLE**<br><br>**Date:** July 26, 2010<br>**Time:** 10:00 a.m.<br>**Judge:** Hon. S. James Otero |

# DECLARATION OF GLORIA J. HURDLE

I, Gloria J. Hurdle, declare as follows:

1.     I have personal knowledge of the facts set forth below and would be competent to testify thereto if called upon to do so.

2.     I am a Vice President at Economists Incorporated (EI), a Washington, D.C. based economic consulting firm. I have been an economist for over 33 years.  I have been with EI since 1990 and during that time have provided economic analysis in a variety of cases, including mergers and acquisitions, alleged price fixing, patent infringement, and the estimation of economic damages.  During that time I testified before the Competition Tribunal in Canada regarding airline competition and submitted testimony in the United States on behalf of an airline regarding alleged predation, alleged price fixing, and airport slots.  I co-authored a study on the global distribution systems used by airlines.  Prior to joining EI, I was an economist in the Antitrust Division of the United States Department of Justice for thirteen years.  At the Department, I specialized in transportation, including the airline industry.  While at the Department, I testified concerning airline matters before the Civil Aeronautics Board, the Department of Transportation, and in District Court.

3.     Prior to working for the Department of Justice, I served on the staff of the U.S. Senate Subcommittee on Antitrust and Monopoly. Before coming to Washington, I taught Economics, Statistics, and Econometrics to undergraduate students at The Colorado College, and to graduate and undergraduate students at the University of Michigan and Eastern Michigan University.

4.     I received a Ph.D. in Economics from the University of Michigan in 1972. My fields of specialization were econometrics and industrial organization. In 1969, I received an M.A. in Economics from the University of Michigan. My educational background also includes a B.A. in Mathematics, which I received from Oberlin College in 1967. A true and correct copy of my résumé is attached as Exhibit A.

5.     I have been asked by Plaintiffs in *In re Korean Airlines Co., Ltd. Antitrust Litigation,* MDL No. 07-01891 to analyze the economic effects of a conspiracy to fix, raise, maintain, and stabilize the prices charged for passenger air transportation between the United States ("U.S.") and the Republic of Korea ("Korea")" (hereafter "price-fixing conspiracy") between Korean Air Lines Co., Ltd. ("Korean Air") and Asiana Airlines, Inc. ("Asiana"). Specifically, I was asked to apply general economic principles relevant to the airline industry, in order to determine whether the price-

1  fixing conspiracy's price and output effects on travel originating in the U.S.

2  would also affect travel originating in the Republic of Korea ("Korea"). I

3
4  have also been asked to respond to the Expert Report of Dr. Gary Dorman in

5  support of Defendants' motion to dismiss the action.

6      6.      A true and correct copy of my report, "Expert Report of Dr.

7
8  Gloria J. Hurdle," is attached as Exhibit B and incorporated here by

9  reference.

10     I declare under penalty of perjury that the foregoing is true and

11
12  correct.  Executed on April _16_, 2010 at Washington, D.C.

13

14

15                    _Gloria J. Hurdle_
16                    Dr. Gloria J. Hurdle

17

18

19

20

21

22

23

24

25

26

27

28

[Master File No.: 2:07-CV-05107 SJO]                                    4
DECLARATION OF DR. GLORIA J. HURDLE

# Exhibit A

Economists
INCORPORATED

# GLORIA JEAN WOLVINGTON HURDLE

**Office Address**

> Economists Incorporated
> 1200 New Hampshire Avenue, NW, Suite 400
> Washington, DC  20036-6802
> Direct Dial: (202) 833-5239
> Fax: (202) 296-7138
> hurdle.g@ei.com

**Summary of Prior Work Experience**

> Extensive experience in economic and statistical analysis of a variety of industries including airlines, computer reservation systems, motor carriers, railroads, natural gas, electric utilities, ocean shipping, dairies, banking, defense, pharmaceutical, chemical, grocery, and health care.

> Analyzed mergers and other antitrust issues in airline, defense, pharmaceutical, chemical, aeronautical, grocery, health care and other industries.

> Provided statistical analysis and damages estimation in alleged discrimination cases and provided damages estimation in wrongful death cases.

> Presented testimony before U.S. District Court, the Civil Aeronautics Board, the Department of Transportation, the Interstate Commerce Commission, the California Public Utilities Commission and the Competition Tribunal in Ottawa, Canada.

> Served as a senior economist at the U.S. Department of Justice and as an economist on the U.S. Senate Antitrust Subcommittee.

> Taught economics, statistics, and econometrics classes to graduate and undergraduate students.

**Education**

> Ph.D. (Economics), University of Michigan, 1972 with specializations in Industrial Organization and Econometrics

> M.A. (Economics), University of Michigan, 1969

> B.A. (Mathematics), Oberlin College, 1967

Economists
INCORPORATED

**Dissertation**

> The Relationships Among Leverage, Risk, Market Structure and Profitability:  A Firm and Industry Study

**Fellowship and Scholastic Honors**

> Rackham Prize Fellowship
> University of Michigan, 1971-72

> NDEA Title IV Fellowship
> University of Michigan, 1968-69, 1969-70

> Phi Beta Kappa
> Oberlin College, 1966

**Previous Experience**

> Economist, Economic Regulatory Section, Antitrust Division, U.S. Department of Justice, May 1977 to July 1990

> Staff Economist, Subcommittee on Antitrust and Monopoly, U.S. Senate, July 1976 to May 1977

> Assistant Professor, The Colorado College, 1974-75, 1975-76; Principles of Economics, Intermediate Microeconomics, Intermediate Macroeconomics, Statistics, Econometrics

> Visiting Assistant Professor, University of Michigan, 1972-73, 1973-74; Principles of Economics, Intermediate Microeconomics, Intermediate Macroeconomics

> Lecturer, Eastern Michigan University, 1972-73, 1973-74; Principles of Economics, Intermediate Macroeconomics, Monetary Theory

> Teaching Fellow, University of Michigan, 1971-72; Principles of Economics, Graduate Level Statistics and Econometrics

Economists
INCORPORATED

**Report**

Before the Department of Transportation:

Economic Analysis of DOT Proposals to Change the CRS Rules (with Margaret Guerin-Calvert and I. Curtis Jernigan), in Appendix to Comments of Galileo International in Response to Notice of Proposed Rulemaking, Docket OST-97-2881, March 17, 2003.

**Expert Testimony**

Before the United States District Court for the District of Columbia:

Expert Report filed in *Betty Jean Turner, Plaintiff v. Michael Chertoff, Secretary of Department of Homeland Security, Defendant, Civil Action No. 07-1105 (RMU/JMF0),* October 2008.

Before the United States District Court for the Southern District of Indiana:

Expert Report filed in *United Rentals Highway Technologies, Inc., Plaintiff, v. Indiana Constructors, Inc., et al., Defendants, Civil Action No. 1:05C-V-0571-SEB-VSS,* January 2006.

Before the Superior Court of the District of Columbia, Civil Division:

Expert Report filed in *Christopher White, et al. v. Peter Calomiris, et al., No. 03-1833,* June 2005.

Before the Special Master of the Victims Compensation Fund:

Written reports (with Laura Malowane, Stephen Siwek, and Matthew Wright) concerning the Analysis of Economic Loss to the families of seven victims of the attacks in New York on September 11, 2001. Oral testimony before the Special Master's designee concerning Analysis of the Economic Loss to the families of a firefighter, a retired firefighter, and a police officer, April 8, 2004.

Before the United States District Court for the District of Columbia:

Expert Reports filed in *Sherry L. Davis, Plaintiff, v. John D. Ashcroft, Attorney General of the United States, Defendant, Civil Action No. 01-0331 RBW,* October 16, 2002 and February 18, 2004.

Economists
INCORPORATED

**Expert Testimony (continued)**

Before the Department of Transportation, Federal Aviation Administration:

Statement filed in Notice of Alternative Policy Options for Managing Capacity at LaGuardia Airport and Proposed Extension of the Lottery Allocation, Dockets FAA-2001-9852/9854, July 2002.

Before the United States District Court for the Northern District of Georgia:

Expert Declaration filed in *ValuJet Airlines, Inc. v. Trans World Airlines, Inc. and Delta Air Lines, Inc.*, February 1996.

Before the Competition Tribunal, Ottawa, Canada:

In the matter of an application by the Director of Investigation and Research under Section 106 of the *Competition Act*, R.S.C. 1985, c. C-34, to vary the Consent Order of the Tribunal, dated July 7, 1989 between the Director of Investigation and Research, Applicant, and Air Canada, PWA Corporation, Canadian Airlines International Ltd., The Gemini Group Limited Partnership, *et al.* Respondents; February and November 1993.

Before the United States District Court for the District of Columbia:

Expert Declaration and Report filed in *A&S Council Oil Company, Inc., et al. v. Patricia Saiki, et al.*, April 1993.

Before the United States District Court for the Northern District of Georgia:

Affidavit filed under seal in *In Re: Domestic Air Transportation Litigation*, March 1991.

Before the United States District Court, District of Colorado:

*US v. Excellair, Inc., et al.*, Civil Action No. 84-K-1055.

Before the Department of Transportation:

TWA-Ozark Acquisition Case, Docket No. 43837.

NWA-Republic Acquisition Case, Docket No. 43754.

Pacific Division Transfer Case, Docket No. 43065.

**Economists**
INCORPORATED

**Expert Testimony (continued)**

Before the Civil Aeronautics Board:

Continental-Western Merger Application, Docket 38733.

Eastern-National Merger Application, Docket 34226.

Before the California Public Utilities Commission:

Case No. 10368, Investigation on the Commission's own motion into the rules, practices, procedures and activities of all rate bureaus pursuant to Public Utilities Code Section 496 agreements as they represent Highway Common Carriers, Cement Carriers and affiliated Express Corporations; July 1978.

Before the Interstate Commerce Commission:

Initial Statement and Exhibits of the United States Department of Justice, *Ex Parte* 297 (Sub-No. 2), Petition for Rulemaking—Notification of Rate Proposals Following Prior Independent Action.

Answers for the United States Department of Justice, *Ex Parte* 297 (Sub-No. 4), Reopening of Section 5a Application Proceedings.

Petition of the United States Department of Justice for an Order Directing the Members of the Rocky Mountain Motor Tariff Bureau to Show Cause Why Their Antitrust Immunity to Discuss and Agree on General Rate Increases Should Not Be Withdrawn, (49 U.S.C. § 10706(b) Section 5a App. No. 60).

Before the National Commission for the Review of Antitrust Laws and Procedures:

Motor Carrier Rate Bureaus.

**Papers**

"The Implications of Robert Steiner's Work for Merger Analysis," (with Philip Nelson and Tessie Su), *The Antitrust Bulletin,* Winter 2004.

**Economists**
INCORPORATED

**Papers (continued)**

"Criteria for Identifying Market Power: A Comment on Baumol and Swanson," (with Henry B. McFarland), *Antitrust Law Journal,* V. 70, Issue 3, 2003.

"Predation in the Airline Industry," paper presented to the Sherman Act Section 2 Committee of the American Bar Association, August 1993.

"Price Discrimination and Economies of Scale in Merger Analysis," Antitrust, Vol. 5, Spring 1991. [Shorter version also appears in *International Merger Law,* June 1991.]

"Concentration, Potential Entry and Performance in the Airline Industry," (with Richard L. Johnson, Andrew S. Joskow, Gregory J. Werden, and Michael A. Williams), *Journal of Industrial Economics*, V. 38, December 1989.

"Explaining and Predicting Airline Yields with Nonparametric Regression Trees," (with Michael A. Williams, Andrew S. Joskow, and Richard L. Johnson), *Economics Letters*, V. 24, 1987.

"An Economic Analysis of Motor Carrier Rate Regulation," paper presented to the Western Economic Association, June 1984.

"Alternative Strategies Used by the Justice Department in Promoting Deregulation: The Case of the Transportation Industry," paper presented to the Society of Government Economists at the American Economic Association, December 1979.

"Vertical Control of Raw Materials: Steel and Aluminum," paper presented to the Southwest Economics Association, April 1977.

"Leverage, Risk, Market Structure, and Profitability," *Review of Economics and Statistics*, November 1974.

**Book**

*The Economics of a Disaster*: *The Exxon Valdez Oil Spill,* 1995, (with Bruce M. Owen, David A. Argue, Harold W. Furchtgott-Roth, and Gale Mosteller).

**Selected Case Experience**

Ciba-Geigy's merger with Sandoz to form Novartis (pharmaceuticals, animal health, herbicides, gene therapy)

Economists
INCORPORATED

**Selected Case Experience (continued)**

Commerce Department dumping investigation involving Saudi Arabia, Venezuela, Mexico, and Iraq (petroleum)

*Carolee Brady Hartman, et al., v. Joseph Duffey* (discrimination)

*Hoffman-La Roche v. Organon Technika* (gene therapy patent)

*In Re: Brand-Name Prescription Drugs Antitrust Litigation* (pharmaceuticals)

*Lockheed* – Martin Marietta Merger (defense)

Raytheon's acquisition of Hughes (defense)

**Other Experience**

Participation in Comments Filed Before the Department of Transportation:

High Density Traffic Airports Slot Allocation Transfer Methods—Final Rule (Docket No. 24105) and Slot Allocation: Initial Withdrawal and Redistribution of Slots—Notice of Proposed Rulemaking (Docket No. 24105), January 1986.

Application of People Express, Inc. for an Exemption or, in the Alternative, Approval of Acquisition of Control (Docket No. 43472), November 1985.

Southwest Airlines – Muse Air Acquisition Show Cause Proceeding (Docket No. 42987), April 1985.

Notice of Proposed Rulemaking: Slot Allocation Alternative Methods (Docket No. 24110) and Slot Transfer Methods (Docket No. 24110), August 1984.

Participation in Comments Filed Before the Federal Energy Regulatory Commission:

Anticompetitive Practices Related to Marketing Affiliates of Interstate Pipelines (Docket No. RM87-5-000), December 1986 and July 1987.

Participation in Report to the Trans-Alaska Pipeline Liability Fund:

Economists Inc., An Economic Analysis of the *Exxon Valdez* Oil Spill on Alaskan Seafood Prices, December 1991.

Curriculum Vitæ
Gloria Jean Wolvington Hurdle
pg. 7

# Exhibit B
# [FILED UNDER SEAL]

## **PROOF OF CM/ECF SERVICE**

I, the undersigned, declare:

1.      That declarant is and was, at all times herein mentioned, a resident of the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071.

2.      That on April 16, 2010, declarant served the DECLARATION OF DR. GLORIA J. HURDLE by submitting a true and correct copy on counsel of record via the court's CM/ECF System.

3.      That this is in accordance with the Amended Case Management Order No. 1, dated March 14, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of April, 2010, at Los Angeles, California.

_____
CECILLE CHAFFINS