MILBERG LLP
JEFF S. WESTERMAN (SBN 94559)
jwesterman@milberg.com
DAVID E. AZAR (SBN 218319)
dazar@milberg.com
MICHIYO MICHELLE FURUKAWA (SBN 234121)
mfurukawa@milberg.com
One California Plaza
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975

GLANCY BINKOW
  & GOLDBERG LLP
SUSAN G. KUPFER (SBN 141724)
skupfer@glancylaw.com
One Embarcadero Center, Suite 760
San Francisco, CA 94111
Telephone: (415) 972-8160
Facsimile: (415) 972-8166

SUSMAN GODFREY L.L.P.
MARC M. SELTZER (SBN 54534)
mseltzer@susmangodfrey.com
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150

*Plaintiffs Interim Co-Lead Counsel*

[Additional Counsel appear on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>All Actions | MDL No. 1891<br>Master File No. CV 07-05107 SJO (AGRx)<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE OF DEFENDANTS' CRIMINAL PLEA AGREEMENTS**<br><br>Date: July 26, 2010<br>Time: 10:00 a.m.<br>Judge: Hon. S. James Otero<br>Ctrm: 1, 2nd Floor |

1  Pursuant to Federal Rule of Evidence 201(b)(2), Plaintiffs request that this Court take judicial notice of the criminal guilty plea agreements of Defendant Korean Air Lines Co., Ltd. ("Korean Air") and Defendant Asiana Airlines Inc. ("Asiana"). The plea agreements, attached as Exhibits 1 and 2 to the Declaration of Daniel J. Walker In Support of Plaintiffs' Opposition to Defendants' Joint Motion to Dismiss, are referenced in Plaintiffs' Opposition to Defendants' Joint Motion to Dismiss.

Federal Rule of Evidence 201(b) provides that a "judicially noticed fact must be one not subject to reasonable dispute in that it is . . . (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Rule 201(d) makes the Rule mandatory when it applies: "A court shall take judicial notice if requested by a party and supplied with the necessary information." *See also Wible v. Aetna Life Ins. Co.*, 375 F. Supp. 2d 956, 965 (C.D. Cal. 2005) ("A court must take judicial notice if a party requests it and supplies the court with the requisite information."). Judicial notice is premised on the concept that certain facts or propositions exist which a court may accept as true without requiring additional proof from the opposing parties. *Gen. Elec. Capital Corp., v. Lease Resolution Corp.*, 128 F.3d 1074, 1081-82 (7th Cir. 1997).

Federal courts may take judicial notice of publicly-filed records concerning matters that bear directly upon the case at hand. *See U.S. v. Perez-Corona*, 295 F.3d 996, 1001 n.4 (9th Cir. 2002) (recognizing that judicial notice may be taken of underlying facts in court documents containing sufficient indicia of reliability, such as a signed plea agreement); *see also, e.g., Machado v Carey*, Case No. 2:06-cv-00829-JKS-CMK, 2008 WL 111059, at *1 (E.D. Cal. Jan. 9, 2008) (taking judicial notice of the record in a related case involving similar parties and issues). In fact, "[t]he most frequent use of judicial notice of ascertainable facts is in noticing the contents of court records." *Gen. Elec. Capital Corp., v. Lease*

-1-
PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE

*Resolution Corp.*, 128 F.3d at 1081-82 (noting that proceedings in other courts, both inside and outside the federal system, may be judicially noticed) (internal quotations and citation omitted); *see also In re Fin. Federated Title and Trust, Inc.*, 349 F.3d 880, 883 n.2 (11th Cir. 2003) (taking judicial notice of a plea agreement in a separate but related matter); *Scholes v. Lehmann*, 56 F.3d 750, 762 (7th Cir.1995) (allowing judicial notice of facts recited in a plea agreement). The specific information at issue here—a criminal plea agreement—is an appropriate subject for judicial notice. *See U.S. v. Blake*, Crim. No. 2006-0030, 2009 WL 2160916, at *1 (D. Virgin Islands July 19, 2009) (taking judicial notice of a plea agreement in a related criminal matter stipulating the facts and circumstances of a conspiracy).

For the foregoing reasons, Plaintiffs respectfully request that this Court take judicial notice of the criminal guilty plea agreements of Korean Air and Asiana.

DATED: April 16, 2010

Respectfully submitted,

SUSMAN GODFREY L.L.P.
DANIEL J. WALKER (*pro hac vice*)

*/s/ Daniel J. Walker*
Daniel J. Walker

1201 Third Avenue, Suite 3800
Seattle, WA 98112
Telephone: (206) 373-7385
Facsimile: (206) 516-3883
dwalker@susmangodfrey.com

SUSMAN GODFREY L.L.P.
MARC M. SELTZER
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150
mseltzer@susmangodfrey.com

| | |
|---|---|
| 1 | |
| 2 | MILBERG LLP |
| | JEFF S. WESTERMAN |
| 3 | DAVID E. AZAR |
| | MICHELLE FURUKAWA |
| 4 | One California Plaza |
| | 300 South Grand Ave., Suite 3900 |
| 5 | Los Angeles, CA 90071 |
| | Telephone: (213) 617-1200 |
| 6 | Facsimile: (213) 617-1975 |
| | jwesterman@milberg.com |
| 7 | dazar@milberg.com |
| | mfurukawa@milberg.com |

```
 1                          MILBERG LLP
                            JEFF S. WESTERMAN
 2                          DAVID E. AZAR
                            MICHELLE FURUKAWA
 3                          One California Plaza
                            300 South Grand Ave., Suite 3900
 4                          Los Angeles, CA 90071
                            Telephone: (213) 617-1200
 5                          Facsimile:  (213) 617-1975
                            jwesterman@milberg.com
 6                          dazar@milberg.com
                            mfurukawa@milberg.com
 7
                            GLANCY BINKOW
 8                             & GOLDBERG LLP
                            SUSAN G. KUPFER
 9                          One Embarcadero Center, Suite 760
                            San Francisco, CA  94111
10                          Telephone: (415) 972-8160
                            Facsimile:  (415) 972-8166
11                          skupfer@glancylaw.com

12                          Plaintiffs Interim Co-Lead Counsel

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                  -3-
                    PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE
```

**PROOF OF CM/ECF SERVICE**

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a resident of the County of Los Angeles, over the age of 18 years, and not a party to or interest in the within action; that declarant's business address is 300 South Grand Avenue, Suite 3900, Los Angeles, California 90071.

2. That on April 16, 2010, declarant served the PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE OF DEFENDANTS' CRIMINAL PLEA AGREEMENTS by submitting a true and correct copy on counsel of record via the court's CM/ECF System.

3. That this is in accordance with the Amended Case Management Order No. 1, dated March 14, 2008.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of April, 2010, at Los Angeles, California.

CECILLE CHAFFINS

-4-
PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE