UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CORRECTED CIVIL MINUTES - GENERAL**

| Case No. | MDL- 07-01891 SJO (AGRx)<br>CV 07-05107 SJO (AGRx) | Date | February 8, 2010 |
|---|---|---|---|
| Title | Hyun Park et al. V. Korean Air Lines Co., Ltd., | | |

Present: The Honorable    S. James Otero

| Victor Paul Cruz | Margarita Lopez | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Susan G. Kupfer<br>Marc M. Seltzer<br>Jeff Westerman<br>David Azar<br>David Orozco | Peter E. Halle<br>Ian Simmons<br>Angela Thaler Wilks<br>Clay Everett<br>Tanya Oliver |

**Proceedings:**  TELEPHONIC EX PARTE APPLICATION to Supplement Memorandum in Opposition to Motion to Dismiss

*(The Clerk amends the hearing date re motion to dismiss)*

Matter called.

Court and counsel confer.

The Court sets a hearing re motion to dismiss on Monday, July 26, 2010 @ 10:00 a.m.

Counsel shall file Joint Motion to dismiss by February 26, 2010.

Deadline for discovery of defendant's experts is March 26, 2010

Plaintiff's opposition to motion to dismiss due 4/16/10.

Deadline for discovery of plaintiff's experts is April 30, 2010.

Defendant's reply to motion to dismiss due May 21, 2010

|  | : | 0/08 |
|---|---|---|
|  | Initials of Preparer | vpc |