UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CORRECTED CIVIL MINUTES - GENERAL**

| Case No. | MDL- 07-01891 SJO (AGRx) <br> CV 07-05107 SJO (AGRx) | Date | July 26, 2010 |
|---|---|---|---|
| Title | Hyun Park et al. V. Korean Air Lines Co., Ltd., | | |

Present: The Honorable   S. James Otero

| Victor Paul Cruz | Margarita Lopez | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Susan G. Kupfer
Marc M. Seltzer
Jeff Westerman
Daniel J. Walker

Attorneys Present for Defendants:

Peter E. Halle
Ian Simmons
Angela Thaler Wilks
Tanya Oliver

**Proceedings:**   MOTION TO DISMISS [411]

MOTION to Strike in Part Plaitiffs' Opposition to Defendants' Joint Motion to Dismiss [383] filed 5/21/10

Matter called.

The Court Grants Defendant's Motion to Strike in Part Plaintiffs' Opposition to Defendants' Joint Motion to Dismiss [383]

Counsel argue regarding Motion to dismiss.  Matter stands submitted.

In regards to the Court Trial schedule the parties shall lodge a joint report by not later than August 23, 2010.

:   1/01

Initials of Preparer   vpc