UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CORRECTED CIVIL MINUTES - GENERAL**

| Case No. | MDL- 07-01891 SJO (AGRx) <br> CV 07-05107 SJO (AGRx) | Date | July 26, 2010 |
|---|---|---|---|
| Title | Hyun Park et al. V. Korean Air Lines Co., Ltd., | | |

| Present: The Honorable | S. James Otero | | |
|---|---|---|---|
| Victor Paul Cruz | Margarita Lopez | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | | |
| Susan G. Kupfer <br> Marc M. Seltzer <br> Jeff Westerman <br> Daniel J. Walker | Peter E. Halle <br> Ian Simmons <br> Angela Thaler Wilks <br> Tanya Oliver | | |

**Proceedings:**   MOTION TO DISMISS [411]

MOTION to Strike in Part Plaitiffs' Opposition to Defendants' Joint Motion to Dismiss [383] filed 5/21/10

Matter called.

The Court Grants Defendant's Motion to Strike in Part Plaintiffs' Opposition to Defendants' Joint Motion to Dismiss [383]

Counsel argue regarding Motion to dismiss. Matter stands submitted.

In regards to the Court Trial schedule the parties shall lodge a joint report by not later than August 23, 2010.

|  | : | 1/01 |
|---|---|---|
| Initials of Preparer | | vpc |