MILBERG LLP
JEFF S. WESTERMAN (SBN 94559)
jwesterman@milberg.com
DAVID E. AZAR (SBN 218319)
dazar@milberg.com
MICHIYO MICHELLE FURUKAWA (SBN 234121)
mfurukawa@milberg.com
One California Plaza
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071
Tel: (213) 617-1200
Fax: (213) 617-1975

GLANCY BINKOW & GOLDBERG LLP
SUSAN G. KUPFER (141724)
skupfer@glancylaw.com
One Embarcadero Center, Suite 760
San Francisco, CA 94111
Tel: (415) 972-8160
Fax: (415) 972-8166

SUSMAN GODFREY L.L.P.
MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Plaintiffs' Interim Co-Lead Counsel

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| In re KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION | **MDL NO. 1891** |
| | **MASTER FILE NO. CV 07-05107 SJO (AGRx)** |
| This Document Relates To: All Actions | **ORDER REGARDING CASE SCHEDULE** |
| | JUDGE: Hon. S. James Otero |

Pursuant to the plaintiffs' and Korean Air Lines Co., Ltd.'s Stipulation Regarding Case Schedule, and for good cause shown, the Court ORDERS that the current case deadlines and schedule be as follows:

| | |
|---|---|
| **February 8, 2011** | Plaintiffs' Motion for Class Certification and Any Supporting Expert Reports |
| **April 8, 2011** | Korean Air's Opposition to Class Certification and Any Supporting Expert Reports |
| **May 24, 2011** | Plaintiffs' Reply in Support of Class Certification and Any Supporting Expert Reports |
| **June 3, 2011** | Merits Discovery Cutoff |
| **June 24, 2011** | Plaintiffs' Rule 26(a)(2) Expert Disclosures |
| **August 5, 2011** | Korean Air's Rule 26(a)(2) Expert Disclosures |
| **September 2, 2011** | Plaintiffs' Rule 26(a)(2) Rebuttal Expert Disclosures |
| **September 16, 2011** | Expert Discovery Cutoff |
| **September 30, 2011** | Cutoff for Filing Dispositive Motions and Daubert Motions |
| **October 28, 2011** | Oppositions to Dispositive Motions and Daubert Motions |
| **November 18, 2011** | Replies in Support of Dispositive Motions and Daubert Motions |
| **January 16, 2012** | Final Pretrial Conference |
| **January 31, 2012** | Jury Trial Commences |

**IT IS SO ORDERED.**

Dated:  November 10, 2010

*S. James Otero*

_____
S. James Otero
UNITED STATES DISTRICT JUDGE