UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

**CASE NO.:** CV 07-5107 SJO (AGRx)*  **DATE:** February 11, 2011
MDL 07-1891-SJO (AGRx)

**TITLE:** Hyun Park, et al v. Korean Air Lines Co., Ltd.

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Steve Chung for Victor Paul Cruz    Margarita Lopez
Courtroom Clerk                     Court Reporter/ Recorder

**COUNSEL PRESENT FOR PLAINTIFF(S):**    **COUNSEL PRESENT FOR DEFENDANT(S):**

David E. Azar - Telephonic           Paul Salvaty - In Person
Jeff S. Westerman - In Person        Angela Wilks - Telephonic
Susan G. Kupfer - Telephonic         Ian Simmons - Telephonic
Christopher M. Burke - In Person     John Clayton Everett - Telephonic
Marc M. Seltzer - In Person

========================================================================
**PROCEEDINGS: TELEPHONIC STATUS CONFERENCE**

Matter called. Court and counsel confer re the Stipulation between Plaintiff's Interium Co-Lead Counsel and Chun Counsel filed on February 10, 2011. The Court approves the stipulation. Parties inform the Court that a revised preliminary proposed order shall be filed by Wednesday, February 16, 2011.

At the request of the parties, the Court orders the existing schedules vacated and set aside. The Court orders a new proposed schedule to be submitted by the parties. At the request of the plaintiff, the Motion to Intervene is deemed withdrawn as well as the Ex Parte Application for an order to shorten time on Motion to (1) Intervene to Oppose Settlement and (2) Stay Preliminary Approval of Settlement [429] filed on October 29, 2010.

IT IS SO ORDERD.