| | |
|---|---|
| SCOTT+SCOTT LLP<br>CHRISTOPHER M. BURKE (214799)<br>KRISTEN M. ANDERSON (246108)<br>707 Broadway, Suite 1000<br>San Diego, CA 92101<br>Telephone: 619.233.4565<br>619.233.0508 (fax)<br>cburke@scott-scott.com<br>kanderson@scott-scott.com | BECK & LEE BUSINESS TRIAL<br>  LAWYERS<br>ELIZABETH LEE BECK (233742)<br>JARED H. BECK (233743)<br>66 West Flagler Street, Suite 1000<br>Miami, FL 33130<br>Telephone: 305.789.0072<br>786.664.3334 (fax)<br>elizabeth@beckandlee.com<br>jared@beckandlee.com |

ROBBINS GELLER RUDMAN &
DOWD LLP
PATRICK J. COUGHLIN (11170)
FRANK J. JANECEK, JR. (156306)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619.231.1058
619.231.7423 (fax)
patc@rgrdlaw.com
frankj@rgrdlaw.com

Attorneys for Plaintiffs Soon Ja Chun,
Bernard Jung Kim and Elizabeth Bahn

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | MDL No. 1891<br>Master File No. CV 07-05107 SJO (AGRx))<br><br>**NOTICE OF FILING ORDER FROM NINTH CIRCUIT IN *CHUN ET AL. V. KOREAN AIR LINES CO., LTD. ET AL.*** |

MDL No. 1891/CV-07-05107

Plaintiffs Soon Ja Chun, Bernard Jung Kim, and Elizabeth Bahn hereby give notice of filing the order issued by the Ninth Circuit on March 10, 2011 denying their motion for partial dismissal of the appeal filed in *Chun et al. v. Korean Airlines Company, Ltd.*, No. 2:07-cv-06542-SJO-AGR (**Exhibit A** hereto). Counsel notes that in the order, the Panel states that it has "proceeded to develop an opinion on what was presented" before the Ninth Circuit, and that "[t]he premise of counsel's stipulation in the district court, which forms the basis for its motion, is not the type of settlement between parties that usually prompts such motions to dismiss."

DATED: March 11, 2011                     Respectfully submitted,

BECK & LEE BUSINESS TRIAL
   LAWYERS
ELIZABETH LEE BECK (233742)
JARED H. BECK (233743)


              /s/ JARED H. BECK
                JARED H. BECK

66 West Flagler Street, Suite 1000
Miami, FL 33130
Telephone: 305.789.0072
786.664.3334 (fax)
elizabeth@beckandlee.com
jared@beckandlee.com

SCOTT+SCOTT LLP
CHRISTOPHER M. BURKE (214799)
KRISTEN M. ANDERSON (246108)
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: 619.233.4565
619.233.0508 (fax)
cburke@scott-scott.com
kanderson@scott-scott.com

| | |
|---|---|
| 1 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 2 | PATRICK J. COUGHLIN (11170) |
| 3 | FRANK J. JANECEK, JR. (156306)<br>655 West Broadway, Suite 1900 |
| 4 | San Diego, CA 92101<br>Telephone: 619.231.1058 |
| 5 | 619.231.7423 (fax)<br>patc@rgrdlaw.com |
| 6 | frankj@rgrdlaw.com |
| 7 | Attorneys for Plaintiffs Soon Ja Chun, Bernard Jung Kim and Elizabeth Bahn |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |