Name and address
J. CLAYTON EVERETT, JR., (admitted *pro hac vice*)
BRIAN M. HOM, State Bar No. 240055
MORGAN, LEWIS & BOCKIUS LLP
300 S. Grand Avenue, Suite 2200
Los Angeles, CA 90071-3132
(213) 612-2500

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| HYUN PARK, et al. | CASE NUMBER |
|---|---|
|  | 07-CV-5107-SJO (AGRx) |
| Plaintiff(s) |  |
| v. | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| KOREAN AIR LINES, CO., LTD., |  |
| Defendant(s). |  |

Korean Air Lines, Co., LTD.    ☐ Plaintiff  [X] Defendant  ☐ Other
*Name of Party*

hereby request the Court approve the substitution of Donald L. Morrow of Paul, Hastings, Janofsky & Walker LLP
                                                          *New Attorney*

as attorney of record in the place and stead of S. Stempel, P. Halle, J. Everett, Jr., A. Hewitt, T. Oliver, B. Hom of Morgan Lewis
                                                          *Present Attorney*

Dated MAY 3, 2011

*Signature of Party/Authorized Representative of Party*
SE TAI KIM

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated April 28, 2011

*Signature of Present Attorney*
J. Clayton Everett, Jr.

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated April 29, 2011

*Signature of New Attorney*
Donald L. Morrow
State Bar. No. 66922
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

G-01 (03/06)                                                                                                      CCD-G1