MILBERG LLP
JEFF S. WESTERMAN (94559)
jwesterman@milberg.com
One California Plaza
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071
Tel: (213) 617-1200
Fax: (213) 617-1975

GLANCY BINKOW & GOLDBERG LLP
SUSAN G. KUPFER (141724)
skupfer@glancylaw.com
One Embarcadero Center, Suite 760
San Francisco, CA 94111
Tel: (415) 972-8160
Fax: (415) 972-8166

SUSMAN GODFREY L.L.P.
MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Plaintiffs' Interim Class Counsel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION | MDL No. 07-01891 |
| | Master File No. CV 07-05107 SJO (AGRx) |
| This Document Relates To: | **ORDER APPROVING SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT ASIANA AIRLINES, INC.** |
| ALL ACTIONS | |
| | **Date**      June 27, 2011 **Time:**     1:30 p.m. **Place:**    Courtroom of the Hon. S. James Otero |

1497153v1/010438

1

1    Having considered (1) Plaintiffs' Memorandum In Support of Plaintiffs'

2    Motion for Final Approval of Settlement Between Plaintiffs and Defendant Asiana

3    Airlines, Inc.; (2) the Declarations of Marc M. Seltzer, Susan G. Kupfer, and Jeff

4    S. Westerman, and accompanying exhibits, and (3) the papers previously filed in

5    support of plaintiffs' motion for preliminary approval of the proposed settlement

6    with defendant Asiana Airlines, Inc. ("Asiana"), and all of the other papers,

7    pleadings and files in this litigation, and good cause appearing therefor,

8         IT IS HEREBY ORDERED as follows:

9         1.    This Court finds that the form and manner of providing notice to the

10   Settlement Class of the proposed settlement with Asiana and all related matters,

11   implemented in accordance with the terms of the Court's Order Granting Plaintiffs'

12   Motion for Preliminary Approval of Settlement Between Plaintiffs and Defendant

13   Asiana Airlines, Inc. and Approving Form and Manner of Class Notice (Dkt. No.

14   462), filed on February 18, 2011:

15        (a)   constituted the best practicable notice to the Class of the proposed

16              settlement with Asiana and all related matters; and

17        (b)   fully satisfied all applicable requirements of the Federal Rules of Civil

18              Procedure and the United States Constitution, and any other

19              applicable law.

20        2.    This Court finds that the proposed settlement with Asiana is fair,

21   adequate and reasonable to the Settlement Class, considering the substantial

22   economic and non-economic benefits of the settlement to the Settlement Class, the

23   risks of continued litigation against Asiana and Asiana's financial condition.  The

24   Court finds the following facts and circumstances, among others, further support

25   the fairness, reasonableness, and adequacy of the settlement:

(a)   This case involves many complex and vigorously contested issues of law and fact;

(b)   The settlement was achieved after substantial discovery and adjudication of motions to dismiss filed by defendants;

(c)   The settlement was the result of extensive arm's-length negotiation between the settling parties; and

(d)   Asiana's promised cooperation will likely allow plaintiffs to narrow the issues and focus the litigation against the remaining defendant, Korean Air Lines Co., Ltd.

3.   Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, this Court finds that the settlement with Asiana was made and entered into by the settling parties in good faith, and the settlement is hereby finally approved as fair, reasonable, and adequate, and in the best interests of the Settlement Class.  The settling parties and their counsel are hereby directed to implement and consummate the settlement in accordance with its terms and conditions.

4.   The Court will enter a separate final judgment approving the settlement and dismissing the action as against Asiana in accordance with the terms of the Settlement Agreement.

5.   The Court hereby retains continuing jurisdiction over the settling parties, the Settlement Class and the Settlement Fund for purposes of effectuating the settlement and enforcing its terms.

IT IS SO ORDERED.

Dated: <u>July 15</u>, 2011

S. James Otero

_____
S. James Otero
UNITED STATES DISTRICT JUDGE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Submitted By:

MILBERG LLP
JEFF S. WESTERMAN (94559)

GLANCY BINKOW & GOLDBERG LLP
SUSAN G. KUPFER (141724)

SUSMAN GODFREY L.L.P.
MARC M. SELTZER (54534)


By____/s/ Marc M. Seltzer_____
          Marc M. Seltzer
Plaintiffs' Interim Class Counsel