MILBERG LLP
JEFF S. WESTERMAN (94559)
jwesterman@milberg.com
One California Plaza
300 South Grand Ave., Suite 3900
Los Angeles, CA 90071
Tel: (213) 617-1200
Fax: (213) 617-1975

GLANCY BINKOW & GOLDBERG LLP
SUSAN G. KUPFER (141724)
skupfer@glancylaw.com
One Embarcadero Center, Suite 760
San Francisco, CA 94111
Tel: (415) 972-8160
Fax: (415) 972-8166

SUSMAN GODFREY L.L.P.
MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Plaintiffs' Interim Class Counsel

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 1891<br><br>Master File No. CV 07-05107 SJO (AGRx)<br><br>**ORDER GRANTING CLASS PLAINTIFFS' MOTION FOR AWARD OF COSTS AND EXPENSES** |

1593048v1/010438

1  WHEREAS,

2  A. The parties to the above-entitled consolidated class actions entered into a
3      Stipulation of Settlement Between Class Plaintiffs and Defendant Asiana
4      Airlines, Inc. (the "Agreement"), dated as of July 30, 2010, and the
5      Court, for purposes of this Order, adopts the definitions set forth in the
6      Agreement, unless otherwise specified herein;

7  B. On February 18, 2011, the Court entered an Order Granting Plaintiffs'
8      Motion for Preliminary Approval of Settlement Between Plaintiffs and
9      Defendant Asiana Airlines, Inc. and Approving Form and Manner of
10     Class Notice (Doc. 462) ("Preliminary Approval Order"), and notice has
11     been provided to the members of the Class in accordance with the
12     Preliminary Approval Order;

13 C. On March 11, 2011, Class Counsel filed their motion and supporting
14     papers in support of final approval of the settlement set forth in the
15     Agreement, and their motion for an award of costs and expenses and to
16     set aside funds from the Settlement Amount to pay for additional costs
17     and expenses, subject to Court approval;

18 D. Pursuant to the Preliminary Approval Order and as set forth in the
19     notice, any objections to Class Counsel's application for costs and
20     expenses were to be filed and served by May 16, 2011;

21 E. Pursuant to the notice disseminated to the Class, and upon notice to all
22     parties, the Court held a settlement hearing on July 15, 2011, to consider,
23     among other things, whether the application for costs and expenses
24     should be approved by the Court; and

25 F. The Court has determined that the proposed settlement set forth in the
26     Agreement on the terms and conditions provided for therein is fair,

27
28  1593048v1/010438                          2

reasonable, and adequate and should be approved by the Court, and the Final Judgment should be entered as provided for in the Agreement;

WHEREAS, the Court, having considered all matters submitted to it at the hearing, along with all of the files, records, and proceedings in these actions, and otherwise having determined the reasonableness of the requests set forth in Plaintiffs' Motion for Award of Costs and Expenses, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. This Court has jurisdiction over the subject matter of these actions and all matters relating thereto, including all Class Members.

2. Due and adequate notice of the motion by Class Counsel for reimbursement of costs and expenses and to set aside funds from the Settlement Amount to pay for additional costs and expenses was directed to the Class, advising them of their right to object thereto, and no objection was submitted to the motion by any Class Member or any other person or entity.

3. Class Counsel are hereby awarded reimbursement of costs and expenses in the total amount of $1,639,975.90, including interest thereon at the same rate earned by the Settlement Fund ("Cost Award"), which the Court finds to be fair and reasonable. This Cost Award shall be paid forthwith from the Settlement Fund to Susman Godfrey L.L.P., Milberg LLP and Glancy Binkow & Goldberg LLP, in the amounts set forth in the Declarations of Marc M. Seltzer, Jeff S. Westerman and Susan G. Kupfer, filed on March 11, 2011.

4. The Court finds that the reimbursement of the costs and expenses requested, including expert fees, the costs of computerized research using services such as Lexis and Westlaw, travel to attend hearings and depositions, court reporter fees, videographer fees, transcript fees, photocopying and printing costs, and

1593048v1/010438

3

telephone charges, are reasonable under the circumstances and typical of those billed by attorneys to paying clients in the marketplace. *Harris v. Marhoefer*, 24 F.3d 16, 19 (9th Cir. 1994) (looking to whether expenses are of the type typically billed by attorneys to paying clients in the marketplace); and *In re Immune Response Sec. Litig.*, 497 F. Supp. 2d 1166, 1177 (S.D. Cal. 2007) (reimbursing expert fees that are "crucial or indispensable to the litigation at hand").

5. The Court further orders that $2.5 million shall be set aside from the Settlement Fund for reimbursement of additional costs and expenses incurred in these actions, with such disbursements subject to further approval of the Court.

6. The foregoing sets forth the Court's findings of fact and conclusions of law regarding the application and the fairness and reasonableness of the awards made pursuant thereto in accordance with Rules 23(h)(3) and 52(a) of the Federal Rules of Civil Procedure.

7. The Court hereby retains and reserves jurisdiction over the parties, all Class Members, the Settlement Fund, and all matters relating to the administration, consummation, enforcement, and interpretation of the settlement set forth in the Agreement, and for any other necessary purpose.

IT IS SO ORDERED.

Dated July 15, 2011

*S. James Otero*

———————————————
S. James Otero
UNITED STATES DISTRICT JUDGE

1593048v1/010438

4