UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-05107-SJO (AGRx) | Date | September 13, 2011 |
|---|---|---|---|
| Title | HYUN PARK, et al. v. IN RE KOREAN AIR LINES CO., LTD | | |

| Present: The Honorable | Alicia G. Rosenberg, United States Magistrate Judge | |
|---|---|---|
| Marine Pogosyan | CS 9/13/2011 | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| David E. Azar, Esq., | Donald L. Morrow, Esq., |
| Jeff Westerman, Esq., | Panteha Abdollahi, Esq. |
| Susan G. Kupfer, Esq., | |
| Marc M. Seltzer, Esq. | |

**Proceedings:**   **PLAINTIFFS' MOTION TO COMPEL**

The case is called.  Counsel state their appearances. Marc M. Seltzer, Esq., Jeff Westerman, Esq., David Azar, Esq., and Susan G. Kupfer, Esq., appear on behalf of Plaintiffs.  Donald L. Morrow, Esq., and Panteha Abdollahi, Esq., appear on behalf of Defendant Korean Air Lines, Co., Ltd. ("Korean Air").

On August 16, 2011, Plaintiffs filed a motion to compel further responses to (a) Plaintiffs' Second Set of Interrogatories, Nos. 13-17; (b) Plaintiffs' Third Set of Interrogatories, No. 18); (c) Plaintiffs' Third Request for Production ("RFP"), No. 43; (d) Plaintiffs' Fourth RFP, Nos. 44-45; and (e) Plaintiffs' Fifth RFP, No. 46.  (Dkt. Nos. 524-527.)  On August 30, 2011, Plaintiffs and Defendant Korean Air filed supplemental memoranda.  (Dkt. Nos. 529-531.)

On September 6, 2011, Korean Air filed a motion to strike and evidentiary objections.  (Dkt. No. 533-534.)  On September 9, 2011, Plaintiffs filed an opposition.  (Dkt. No. 535.)

On September 12, 2011, Plaintiffs filed an ex parte application to file drafts of Interrogatory 18 exchanged during the meet and confer process. (Dkt. No. 537.)  The ex parte application indicates that Korean Air opposed the application.

The discussion on the record focused primarily on Interrogatory No. 18 as the logical and most efficient place to start under the facts and circumstances of this case.

For the reasons stated on the record, IT IS HEREBY ORDERED that Plaintiffs' motion to compel is GRANTED IN PART as follows:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-05107-SJO (AGRx) | Date | September 13, 2011 |
|---|---|---|---|
| Title | HYUN PARK, et al. v. IN RE KOREAN AIR LINES CO., LTD | | |

1. Korean Air is ordered to serve further responses to Interrogatory No. 18(d), (e), (f) and (g), and RFP Nos. 44-46 with respect to U.S. sales of U.S.-Korea routes under the terms and conditions set forth below.  To the extent Korean Air locates additional documents, it

    must identify them by bates stamp number in response to Interrogatory No. 18(g) and produce them (if not previously produced) in response to RFP Nos. 44-46 as applicable.

    a. With respect to the time frame of Interrogatory No. 18 and RFP Nos. 44-45, Korean Air is ordered to conduct a diligent investigation to determine when the meetings or communications regarding the subject matters described in Interrogatory No. 18 began and ended.  After the investigation, counsel are ordered to meet and confer as to the time frame of Interrogatory No. 18 and RFP Nos. 44-45.

    b. Subparts (e) and (f) of Interrogatory No. 18 were clarified on the record to exclude persons whose knowledge of the facts was derived from privileged communications or attorney work product.

    c. Plaintiffs' motion to compel further responses to Interrogatory No. 18 or RFP Nos. 44-45 regarding information that relates solely to Korea-purchase and pass-through flights is denied based on the record before the court.

2. Counsel are ordered to meet and confer regarding Interrogatory Nos. 13-17 and RFP No. 43.  It appears to the court that the interrogatories (as clarified on the record) are largely duplicative of Interrogatory No. 18.  Counsel shall narrow disputes as much as possible and shall consider whether it may be advisable and more efficient to propound a new interrogatory(ies) directed at non-duplicative information.  The court expresses no view on that subject.

3. Counsel are ordered to meet and confer regarding a date by which Korean Air will serve further responses to Interrogatory No. 18 and RFP Nos. 44-46 as set forth in this order.

Counsel are advised that when this court orders counsel to meet and confer, the following procedures apply: Counsel shall attempt in good faith to eliminate as many disputes as possible.  If counsel are unable to resolve their differences, counsel may resort to the procedures in Local Rule 37.  Alternatively, if counsel for the parties to the dispute agree, counsel may elect to call the Clerk, Marine Pogosyan, at (213) 894-5419, and request a hearing date.  Prior to the hearing date, counsel may file a Notice that lists the items in dispute to be discussed at the hearing.  The court reserves the right to require briefing and/or factual showings as appropriate.

IT IS FURTHER ORDERED that Korean Air's motion to strike is denied and Plaintiffs' ex parte application is denied as unnecessary.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 07-05107-SJO (AGRx) | Date | September 13, 2011 |
|---|---|---|---|
| Title | HYUN PARK, et al. v. IN RE KOREAN AIR LINES CO., LTD | | |

cc:   Judge S. James Otero
      Parties

                                                                    1   :   35

                                            Initials of Preparer   mp