JEFF S. WESTERMAN (94559)
jwesterman@jswlegal.com
WESTERMAN LAW CORP.
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Tel:  (310) 698-7450
Fax:  (310) 201-9160

SUSAN G. KUPFER (141724)
skupfer@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, CA  94111
Tel:  (415) 972-8160
Fax:  (415) 972-8166

MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Plaintiffs' Interim Class Counsel

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| IN RE KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MDL No. 07-01891<br><br>Master File No. CV 07-05107 SJO (AGRx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT KOREAN AIR LINES CO., LTD**<br><br>Date:     July 26, 2013<br>Time:    10:00 a.m.<br>Place:   Courtroom of the Hon. S. James Otero |

2777543v1/010438

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 26, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Hon. S. James Otero, United States District Judge, at the United States Courthouse located at 312 No. Spring Street, Los Angeles, California 90012, plaintiffs Laura Albee, Joon Chung, Timothy Murphy, Sungshic Park, Yoon Park, Howard Ree, Leon Song, and Edward Yoo (collectively, "Class Plaintiffs") will and hereby do move for an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) preliminarily approving the settlement reached between Class Plaintiffs and defendant Korean Air Lines Co., Ltd. ("Korean Air"); (2) certifying the Settlement Class, as defined in the proposed form of Order granting preliminary approval to the settlement, lodged concurrently herewith, for the purpose of effectuating the settlement; (3) approving the form and manner of providing notice to the Class of the proposed settlement and plan of distribution; (4) appointing Rust Consulting, Inc. ("Rust") as the Settlement Administrator and Chicago Clearing Corporation ("CCC") as the Coupon Settlement Administrator; (5) authorizing withdrawal of funds from the Settlement Fund to pay the costs of notice and claims administration; (6) appointing the Interim Class Counsel as Settlement Class Counsel; and (7) appointing the Class Plaintiffs as Settlement Class Representatives.

Plaintiffs' motion is based on the Memorandum of Points and Authorities and the Declaration of Marc M. Seltzer, filed concurrently herewith, and the proposed form of Order, lodged concurrently herewith, and all of the pleadings, records, and files in this litigation, all matters of which judicial notice may be taken, and upon such further evidence and argument as may be presented at the hearing.

This motion is made following the conference of counsel held in compliance with Local Rule 7-3 and Paragraph 18(a) of the Court's Standing Order.

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | DATED: July 3, 2013 | MARC M. SELTZER |
| 3 | | SUSMAN GODFREY L.L.P. |
| 4 | | /s/ Marc M. Seltzer |
| | | Marc M. Seltzer |
| 5 | | |
| 6 | | SUSAN G. KUPFER |
| | | GLANCY BINKOW & GOLDBERG LLP |
| 7 | | |
| 8 | | /s/ Susan G. Kupfer |
| | | Susan G. Kupfer |
| 9 | | JEFF S. WESTERMAN |
| 10 | | WESTERMAN LAW CORP. |
| 11 | | /s/ Jeff S. Westerman |
| 12 | | Jeff S. Westerman |
| 13 | | Plaintiffs' Interim Class Counsel |

2777543v1/010438          3