Joseph Darrell Palmer (SBN 125147)
Email: darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Telephone: (858) 215-4064
Facsimile: (866) 583-8115

Attorney for Objector Stuart Johnson

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| IN RE KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION | MDL: 1891 |
| | Case No. 07-cv-05107-SJO (AGRx) |
| This Document Relates To: | **DECLARATION OF STUART JOHNSON IN SUPPORT OF HIS OBJECTIONS** |
| ALL ACTIONS. | |
| Defendant. | Judge: Hon. S. James Otero |

I, Stuart Johnson, declare:

1. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I am a class member in the Korean Air Passenger AntitrustLitigation.

3. I reside at Villa 3, Dist 9C, Jumeirah Village Triangle Dubai, UAE

4. I purchased in the United States a ticket for air passenger travel originating in the United States and Korea and ending in Korea and the United States on Korean Air Lines or Asiana Airlines between January 1, 2000 and August 1, 2007.

5. I have personally read this declaration and am executing it in Dubai. I declare under penalty of perjury I have personal knowledge of the facts stated above and that it is true and correct to the best of my knowledge, information, and belief.

October 2L, 2013

Stuart Johnson