MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067s
Tel: (310) 789-3100
Fax: (310) 789-3150

SUSAN G. KUPFER (141724)
skupfer@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, CA 94111
Tel: (415) 972-8160
Fax: (415) 972-8166

JEFF S. WESTERMAN (94559)
jwesterman@jswlegal.com
WESTERMAN LAW CORP.
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 698-7450
Fax: (310) 201-9160

Plaintiffs' Settlement Class Counsel

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION | MDL No. 1891 |
| | Master File No. CV 07-05107 SJO (AGRx) |
| This Document Relates To: All Actions | **DECLARATION OF PAUL F. NOVAK IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ORDER ALLOWING DISCOVERY OF OBJECTORS AND THEIR COUNSEL** |

DOCS\674671v1

I, Paul F. Novak, declare and state as follows:

1. I am a partner at the law firm of Milberg, LLP., and I am one of plaintiffs' counsel in this litigation. I am admitted to practice law in the State of Michigan and am admitted pro hac vice before this Court. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. I am also familiar with the Local Rules of this Court, and in particular, Local Rule 19.1.

3. I advised counsel both orally and by email of the substance of the Plaintiffs' Ex Parte Application for Order Allowing Depositions of Objectors.

4. The details of the Objectors' counsel are recorded as follows:

**Attorneys for Said Nedlouf and Said Nedlouf as the Executor of the Estate of Mary Kathryn Bizjak**

LAW OFFICES OF LAWRENCE D. ROHLFING
BRIAN C. SHAPIRO, ESQ.
rohlfing.office@rohlfinglaw.com
12631 East Imperial Highway, Suite 115 C
Santa Fe Springs, CA 90670
Telephone: (562) 868-5886
Facsimile: (562) 868-5491

LAW OFFICE OF CHESTER H. ARTER, P.C.
CHESTER H. ARTER, III, ESQ.
chet@arterlaw.com
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
Telephone: (770) 663-1338
Facsimile: (770) 456-5262

**Attorneys for Plaintiff Ki Ja Chung, Joo Young Jin, Tae Bong Nam, Joo Jin, Hyun Tae Kim, Ki Myung Chung, Myung Suk Joo, Jane Doe Joo, Jing Young Kim, Hwan Hang Hur, Moon Ho Kim, and Jane Doe Kim**

Vicky J. Currie
currievj@hotmail.com
732 Pacific Avenue
Tacoma, WA 98402
Telephone: (253) 588-9922

DOCS\674671v1 - 1 -

Eddie Yoon
eddieyoon2@hanmail.net
732 Pacific Avenue
Tacoma, WA 98402
Telephone: (818) 903-1692

Zelena Jones
zvjones@gmail.com
732 Pacific Avenue
Tacoma, WA 98402
Telephone: (253) 588-9922

**Attorney for Stuart Johnson**

Joseph Darrell Palmer
darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Telephone: (858) 215-4064
Facsimile: (866) 583-8115

5.   On November 12, 2013, I attempted to contact Mr. Joseph Darrell Palmer, counsel for Objector Johnson, by telephone at the number above, he did not answer my call. I left a voice mail message advising him of the substance of the *ex parte* application and I requested that he return my call and advise whether he opposed the *ex parte* application.

6.   I then sent Mr. Palmer an email at the email address above, advising him of the substance of the *ex parte* application and requesting him to advise me as to whether he opposed the application. Attached hereto as Exhibit 1 is a true and correct copy of the email sent to Mr. Palmer.

7.   On November 13, 2013, Mr. Palmer responded to my email indicating that he opposed the application. See Exhibit 1.

8.   On November 12, 2013, I attempted to contact counsel for Objector Nedlouf, Mr. Brian Shapiro, by telephone at the number above. Mr. Shapiro did not return my call. I left a voice mail message advising him of the substance of the

1 | *ex parte* application and I requested that he return my call and advise whether he
2 | opposed the *ex parte* application.

3 |       9.    I then sent Mr. Shapiro and Mr. Arter an email at the email addresses
4 | above, advising them of the substance of the *ex parte* application and requesting
5 | them to advise me as to whether they opposed the application. Attached hereto as
6 | Exhibit 2 is a true and correct copy of the email sent to Mr. Shapiro and Mr. Arter.

7 |       10.    Mr. Arter advised me by email that he opposed the *ex parte*
8 | application. Attached hereto as Exhibit 3 is a true and correct copy of the email
9 | sent by Mr. Arter.

10 |       11.    On November 12, 2013, I attempted to contact counsel for Objector
11 | Chung, by telephone at the number above. I left a voice mail message advising
12 | them of the substance of the *ex parte* application and I requested that they return
13 | my call and advise whether they opposed the *ex parte* application.

14 |       12.    I then sent counsel for Objector Chung an email at the email address
15 | above, advising them of the substance of the *ex parte* application and requesting
16 | them to advise me as to whether they opposed the application. Attached hereto as
17 | Exhibit 4 is a true and correct copy of the email sent to counsel for Objector
18 | Chung.

19 |       13.    Later on November 12, 2013, Mr. Yoon returned my call and advised
20 | me that he does not object to the *ex parte* application, and will allow a deposition
21 | of his wife, Ms. Ki Ja Chung, to proceed.

22 |       Executed this 13th day of November, 2013, at Detroit, Michigan.

                                                  /s/ Paul F. Novak
                                                 Paul F. Novak