MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA  90067
Tel: (310) 789-3100
Fax: (310) 789-3150

SUSAN G. KUPFER (141724)
skupfer@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, CA  94111
Tel:  (415) 972-8160
Fax:  (415) 972-8166

JEFF S. WESTERMAN (94559)
jwesterman@jswlegal.com
WESTERMAN LAW CORP.
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Tel:  (310) 698-7450
Fax:  (310) 201-9160

Plaintiffs' Settlement Class Counsel

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION<br><br>―――――――――――――――――<br>This Document Relates To:<br><br>All Actions<br>―――――――――――――――――  | MDL No. 1891<br><br>Master File No. CV 07-05107 SJO (AGRx)<br><br>**DECLARATION OF JEFF S. WESTERMAN IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ORDER ALLOWING DISCOVERY OF OBJECTORS AND THEIR COUNSEL** |

DOCS\674409v1

I, Jeff S. Westerman, declare and state as follows:

1. I am the Principal at the law firm of Westerman Law Corp., and one of Interim Co-Class Counsel and Settlement Class Counsel in this litigation. I am a member in good standing of the bar of this Court and an active member of the State Bar of California. I have personal knowledge of the matters set forth herein and, if called as a witness, could and would testify competently thereto.

2. I have been advised by counsel for defendant Korean Air Lines, Co., that they do not object to the limited discovery plaintiffs are seeking in this application.

3. The names, addresses, telephone numbers, and email addresses, if known, of counsel for the Objectors is as follows:

**Attorneys for Said Nedlouf and Said Nedlouf as the Executor of the Estate of Mary Kathryn Bizjak**

LAW OFFICES OF LAWRENCE D. ROHLFING
BRIAN C. SHAPIRO, ESQ.
rohlfing.office@rohlfinglaw.com
12631 East Imperial Highway, Suite 115 C
Santa Fe Springs, CA 90670
Telephone: (562) 868-5886
Facsimile: (562) 868-5491

LAW OFFICE OF CHESTER H. ARTER, P.C.
CHESTER H. ARTER, III, ESQ.
chet@arterlaw.com
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
Telephone: (770) 663-1338
Facsimile: (770) 456-5262

**Attorneys for Plaintiff Ki Ja Chung, Joo Young Jin, Tae Bong Nam, Joo Jin, Hyun Tae Kim, Ki Myung Chung, Myung Suk Joo, Jane Doe Joo, Jing Young Kim, Hwan Hang Hur, Moon Ho Kim, and Jane Doe Kim**

Vicky J. Currie
currievj@hotmail.com
732 Pacific Avenue
Tacoma, WA 98402
Telephone: (253) 588-9922

1  Eddie Yoon
2  eddieyoon2@hanmail.net
   732 Pacific Avenue
3  Tacoma, WA 98402
   Telephone: (818) 903-1692
4
   Zelena Jones
5  zvjones@gmail.com
   732 Pacific Avenue
6  Tacoma, WA 98402
   Telephone: (253) 588-9922
7
8  **Attorney for Stuart Johnson**

9  Joseph Darrell Palmer
   darrell.palmer@palmerlegalteam.com
10 Law Offices of Darrell Palmer
   2244 Faraday Avenue, Suite 121
11 Carlsbad, CA 92008
   Telephone: (858) 215-4064
12 Facsimile: (866) 583-8115

13    4.    Attached hereto as Exhibit 1 is a true and correct copy of the
14 "Objections to Proposed Settlement and Notice of Intent to Appear," filed by
15 Stuart Johnson, on October 25, 2013, ECF No. 640.
16    5.    Attached hereto as Exhibit 2 is a true and correct copy of the
17 "Objections of Said Nedlouf and the Estate of Mary Kathryn Bizjak To Final
18 Approval of Class Action Settlement And Class Counsel's Applications For
19 Attorneys' Fees and Notice of Intent to Appear," dated October 23, 2013, ECF No.
20 635.
21    6.    Attached hereto as Exhibit 3 is a true and correct copy of the "Motion
22 to Oppose Award of Attorney's Fees and Reimbursement Expenses and Notice of
23 Intent to Appear," filed by Ki Ja Chung, Joo Young Jin, Tae Bong Nam, Joo Jin,
24 Hyun Tae Kim, Ki Myung Chung, Myung Suk Joo, Jane Doe Joo, Jing Young
25 Kim, Hwan Hang Hur, Moon Ho Kim, and Jane Doe Kim, dated October 25, 2013,
26 ECF No. 639.
27
28

1      7.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the transcript of the hearing in *Arthur v. Sallie Mae, Inc.*, Civ-No. C10-198JLR (W.D. Wa. Sept. 14, 2012).

8.      Attached hereto as Exhibit 5 is a true and correct copy of an affidavit, submitted on June 8, 2010, in support of a *pro hac vice* application by Joseph Darrell Palmer in *Gemelas v. The Dannon Co., Inc.*, No. 1:08-cv-00236, (N.D. Ohio June 8, 2010), ECF No. 64.

9.      Attached hereto as Exhibit 6 is a true and correct copy of the *pro hac vice* application by Joseph Darrell Palmer, submitted on June 8, 2010, in *Dinklage v. Holland America Line-Westours, Inc.*, (No. C06-0018-JCC), 2007 U.S. Dist. LEXIS 21919 (W.D. Wash. Mar. 27, 2007) ECF No. 12.

10.      Attached hereto as Exhibit 7 is a true and correct copy of the order of the United States Court of Appeals for the Third Circuit in *Esslinger v. HSBC Bank Nevada, N.A.*, No. 12-4549 (3d Cir. March 7, 2013), ECF No. 003111229677.

11.      Attached hereto as Exhibit 8 is a true and correct copy of excerpts of the Comprehensive Public Records Report of Eddie Yoon.

12.      Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the Comprehensive Public Records Report of Tamara Arter Nedlouf.

13.      Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the Comprehensive Public Records Report of Said Nedlouf.

14.      Attached hereto as Exhibit 11 is a true and correct copy of excerpts of the Comprehensive Public Records Report of Chester H. Arter, III.

15.      Attached hereto as Exhibit 12 is a true and correct copy of excerpts of the hearing transcript in *In re Reebok Easytone Litig.*, No. 12-MC-2 (S.D. Tex. Jan. 6, 2012), ECF No. 2.

16. Attached hereto as Exhibit 13 is a true and correct copy of "Notes from the Fifteenth Annual National Institute on Class Actions," ClassActionBlawg.com, http://classactionblawg.com/2011/10/17/notes-from-the-15th-annual-national-institute-on-class-actions (last visited Nov. 11, 2013).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of November, 2013, at Los Angeles, California.

/s/ Jeff S. Westerman
Jeff S. Westerman