**EXHIBIT 6**

06-CV-00018-ORD

```
_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED

      JUN 20 2006    DJ

          AT SEATTLE
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
  BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| | |
|---|---|
| Ingolf R. Dinklage <br> Plaintiff(s), <br> v. <br> Holland America Line-Westours, Inc., <br> Defendant(s). | Case No. C06-0018-JCC <br><br> APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, **Darrell Palmer** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the **Plaintiff**.

This application is based upon the following:

The particular need for my appearance and participation is:

I, **Darrell Palmer**, understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are no pending disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date _6/12/06_  Signature of applicant _[signed]_

**I have enclosed the required filing fee of $75.00**

Receipt number (to be completed by the court): _____

**ORIGINAL**

APPLICANT'S NAME: Darrell Palmer

APPLICANT'S FIRM: Law Offices of Darrell Palmer

APPLICANT'S ADDRESS: 603 North Highway 101, Suite A
Street Address                Room/Suite

Solana Beach, CA 92075        (619) 293-3100
City / State /ZIP             Phone number (include area code)

## STATEMENT OF LOCAL COUNSEL

I am authorized, and will be prepared, to handle this matter, including trial, in the event the applicant __Darrell Palmer__ is unable to be present upon any date assigned by the court.

DATED this __19th__ day of __June__, 20 __06__.

_____
Signature of local counsel

LOCAL COUNSEL NAME AND BAR NUMBER:
Robert M. Kraft                              11096

LAW FIRM: Kraft Palmer Davies, PLLC

LOCAL COUNSEL'S ADDRESS: 720 Third Avenue, Suite 1510
                          Street Address            Room/Suite

Seattle, WA 98104                (206) 624-8844
City / State / ZIP               Phone number (include area code)

## ORDER

IT IS ORDERED that the application of Darrell Palmer to appear and participate in this action is hereby approved.

DATED this 21st day of June, 2006.

BRUCE RIFKIN, CLERK
UNITED STATES DISTRICT COURT

BY: _____
Deputy Clerk