# EXHIBIT 12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 2:12-MC-00002 |
| ) | |
| ) | MISCELLANEOUS |
| REEBOK EASYTONE LITIGATION ) | |
| ) | Corpus Christi, Texas |
| ) | Friday, January 6, 2012 |
| ) | (1:04 p.m. to 1:22 p.m.) |
| ) | (3:04 p.m. to 4:00 p.m.) |

MOTION HEARING

BEFORE THE HONORABLE B. JANICE ELLINGTON,
UNITED STATES MAGISTRATE JUDGE

Appearances:          See next page

Court Recorder:       Arlene Benavidez

Case Manager:         Dana Perez

Transcribed by:       Exceptional Reporting Services, Inc.
                      P.O. Box 18668
                      Corpus Christi, TX 78480-8668
                      361 949-2988

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

Case 2:07-cv-05107-SJO-AGR   Document 655-18   Filed 11/13/13   Page 3 of 4   Page ID #:9063
Case 2:12-mc-00002   Document 2   Filed in TXSD on 01/07/12   Page 42 of 54

42

1       **MR. BANDA:** No, your Honor; thank you.

2                              **COURT'S RULING**

3       **THE COURT:** Okay. I don't -- I cannot believe that
4  it would be right for someone to be able to simply file an
5  objection and then not be questioned further about it. I
6  simply, if I were the district court, and I'm not, but if I
7  were the court looking at this fairness and holding the
8  Fairness Hearing, I would want to know more from Ms. Rivero;
9  for instance, what are the bases of her objection. That can be
10 obtained, that information can be obtained in many ways:
11 through an affidavit, through interrogatories, through a more
12 complete statement of her counsel -- and so I don't think, I do
13 not see that it's fair that Ms. Rivero can just file an
14 objection and then leave it at that. And if I were the
15 district court, I would want to know what's going on and why
16 she filed objections, especially in view of the fact that she
17 can opt out -- but she doesn't want to opt out, she wants to
18 make a claim and file objections.

19      Mr. Bandas can seek leave to at least file some legal
20 objections to attorneys' fees or the size of attorneys' fees,
21 and I believe that it is appropriate that she be questioned
22 about it.

23      There are -- Mr. Bandas has cited, as some cases,
24 that talk about a showing of particularized need, the Court
25 will not permit general discovery from passive class members

Case 2:07-cv-05107-SJO-AGR   Document 655-18   Filed 11/13/13   Page 4 of 4   Page ID #:9064
Case 2:12-mc-00002   Document 2   Filed in TXSD on 01/07/12   Page 43 of 54

43

1  but she is not a passive class member. She has injected
2  herself into this -- the fairness of the settlement by stating
3  that she has an objection, and I just don't see that there's
4  anything wrong with trying to go behind that and ask her a few
5  questions.
6       If we were in a situation where there were lots of
7  time left before the Fairness Hearing, then I think that
8  probably the -- I would be in a position, maybe, to order that
9  the parties try to work out an affidavit but we're not. We're
10 kind of stuck and we're stuck for two reasons. And there's
11 lots of blame to go around but Ms. Rivero waited until the last
12 minute to get her objection filed and then Counsel waited to --
13 and only gave her three days' notice to object to her
14 deposition. But I don't -- so there's plenty of blame but I
15 mean, that's just what happened and now we're facing a hearing
16 a few days away on the fairness thing.
17      I do not -- I was appalled when I heard that you are
18 going to take four hours to question this woman about her one
19 pair of shoes that she bought and the fact that she is
20 objecting to the fairness of millions of dollars of attorneys'
21 fees which may go to plaintiffs' counsel.
22      So I don't -- I looked through the file. I didn't
23 see -- the deadline for depositions has not, for discovery has
24 not passed. I do not see anything in the orders entered by the
25 district court that indicate that these depositions cannot and