LAW OFFICES OF LAWRENCE D. ROHLFING
BRIAN C. SHAPIRO, ESQ.
12631 East Imperial Highway, Suite 115 C
Santa Fe Springs, CA 90670
Telephone: (562) 868-5886
Facsimile: (562) 868-5491

LAW OFFICE OF CHESTER H. ARTER, P.C.
CHESTER H. ARTER, III, ESQ.
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
Telephone: (770) 663-1338
Facsimile: (770) 456-5262

**Attorneys for Said Nedlouf and Said Nedlouf as the Executor of the Estate of Mary Kathryn Bizjak**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| IN RE KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | MDL No. 07-01891<br><br>Master File No. CV 07-05107 SJO (AGRx)<br><br>SUPPLEMENTAL DECLARATION OF SAID NEDLOUF IN SUPPORT OF THE OBJECTION TO FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CLASS COUNSELS' APPLICATION FOR ATTORNEYS' FEES |

I, Said Nedlouf, declare:

1. I am a class member in the Korean Air Passenger Antitrust Litigation. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I am submitting this Supplemental Declaration in response to the Court's Show Cause Order dated November 21, 2013.

3. I and my deceased former spouse, Mary Kathryn Bizjak, purchased round trip tickets for air passenger travel originating in Chicago, Illinois and

---
SUPPLEMENTAL DECLARATION OF SAID NEDLOUF
1

ending at Incheon International Airport in Seoul, South Korea and for a return flight from Incheon International Airport in Seoul, South Korea to Chicago, Illinois from Korean Air Lines.

4. Our trip to South Korea occurred on or about 10/26/2005 and our return trip from South Korea occurred on or about 11/02/2005.

5. A true and accurate, though redacted, copy of the American Express bill showing two charges from "Korean Airlines" on October 31, 2005 for $3,959.00 each is attached hereto as Exhibit A. This account was used jointly. We both had separate cards but my spouse was listed as the primary cardholder. We were jointly obligated to pay charges on the account and the charges for the plane tickets were paid in full.

6. I declare under penalty of perjury that the foregoing facts are true and correct and within my personal knowledge.

Executed this 26th day of November, 2013, at St. Simons Island, Georgia.

SAID NEDLOUF

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2013, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system and served a copy of the same via U.S. Mail, postage prepaid, upon the counsel of record and settlement administrator listed below:

Susan G. Kupfer
Glancy Binkow & Goldberg LLP
One Embarcadero Center, Suite 760
San Francisco, CA 94111

Jeff S. Westerman
Westerman Law Group
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Marc M. Seltzer
Susman Godfrey L.L.P.
1901 Avenue Of The Stars, Suite 950
Los Angeles, CA 90067

*Counsel for the Class*

Donald L. Morrow
Panteha Abdollahi
Paul Hastings LLP
695 Town Center Dr., 17th Floor
Costa Mesa, CA 92626

*Counsel for Defendant Korean Air*

DATED this 26th day of Novmber, 2013.

/s/ Brian C. Shapiro
Brian C. Shapiro