Joseph Darrell Palmer (SBN 125147)
Email:  darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Telephone: (858) 215-4064
Facsimile: (866) 583-8115

Attorney for Objector Stuart Johnson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| IN RE KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS.<br><br>                              Defendant. | MDL: 1891<br><br>Case No. 07-cv-05107-SJO (AGRx)<br><br>**SUPPLEMENTAL DECLARATION OF STUART JOHNSON IN SUPPORT OF HIS OBJECTIONS**<br><br>Judge:  Hon. S. James Otero |

I, Stuart Johnson, declare:

1.   I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.   I purchased air travel from Korean Airlines in the US and I traveled on Korean Airlines to and from the US and Korea in December 2002 and January 2004.

3. I have personally read this declaration and am executing it in Mauritius. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

November 29, 2013

Stuart Johnson

2

07-cv-05107-SJO (AGRx)