1  **LAW OFFICES OF LAWRENCE D. ROHLFING**
   **BRIAN C. SHAPIRO, ESQ.**
2  **12631 East Imperial Highway, Suite 115 C**
   **Santa Fe Springs, CA 90670**
3  **Telephone: (562) 868-5886**
   **Facsimile: (562) 868-5491**
4
   **LAW OFFICE OF CHESTER H. ARTER, P.C.**
5  **CHESTER H. ARTER, III, ESQ.**
   **11175 Cicero Drive, Suite 100**
6  **Alpharetta, GA 30022**
   **Telephone: (770) 663-1338**
7  **Facsimile: (770) 456-5262**

8  **Attorneys for Said Nedlouf and Said Nedlouf**
   **as the Executor of the Estate of Mary Kathryn Bizjak**
9
                    **UNITED STATES DISTRICT COURT**
10                  **CENTRAL DISTRICT OF CALIFORNIA**
                         **WESTERN DIVISION**
11

12 IN RE KOREAN AIR LINES CO.,       )   MDL No. 07-01891
   LTD. ANTITRUST LITIGATION         )
                                     )   Master File No. CV 07-05107 SJO
13 This Document Relates To:         )   (AGRx)
   ALL ACTIONS                       )
14                                   )
                                     )
15                                   )   **NOTICE OF APPEAL**
                                     )
16                                   )
                                     )
17                                   )
                                     )

18

19      Notice is hereby given that Said Nedlouf and the Estate of Mary Kathryn

20 Bizjak, members of the certified Settlement Class and objectors to the proposed

21 class action settlement hereby appeal to the United States Court of Appeals for the

22 Ninth Circuit from the Order approving the settlement (Doc. 694) and the Order

23 granting Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement

24 of Expenses (Doc. 695) entered in the above-captioned action on December 23,

25 2013.   Mr. Nedlouf and the Estate of Mary Kathryn Bizjak also appeal the Order

26 Striking Objections for Failure to Show Class Membership (Doc. 684), dated

27

1  December 6, 2013.  A true and correct copy of the Orders and Judgment are

2  attached hereto as Exhibit A.

3        DATED this 30th day of December, 2013.

4                              Respectfully submitted,

5                    BY:    */s/ Brian C. Shapiro*

6                           Brian C. Shapiro
                              California State Bar No. 192789

7

8                           Law Offices of Lawrence D. Rohlfing
                            12631 East Imperial Highway

9                           Suite 115 C
                            Santa Fe Springs, CA 90670

10                          (562) 868-5886

11                          (562) 868-5491 (fax)

12

13                          */s/ Chester H. Arter, III*
                            Chester H. Arter, III*

14                            Georgia State Bar No. 021765

15                          Law Office of Chester H. Arter, P.C.
                            11175 Cicero Drive

16                          Suite 100
                            Alpharetta, GA 30022

17                          (770) 663-1338

18                          (770) 456-5262 (fax)

19

20                          (* admitted *Pro Hac Vice*)

21

22

23

24

25

26

27

NOTICE OF APPEAL

1

## CERTIFICATE OF SERVICE

2          I hereby certify that on December 30, 2013, I presented the foregoing to the

3    Clerk of Court for filing and uploading to the CM/ECF system and served a copy

4    of the same via U.S. Mail, postage prepaid, upon the counsel of record and

5    settlement administrator listed below:

6
Susan G. Kupfer
Glancy Binkow & Goldberg LLP
7
One Embarcadero Center, Suite 760
San Francisco, CA 94111
8

9
Jeff S. Westerman
Westerman Law Group
10
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
11

12
Marc M. Seltzer
Susman Godfrey L.L.P.
1901 Avenue Of The Stars, Suite 950
13
Los Angeles, CA 90067

14
*Counsel for the Class*

15
Donald L. Morrow
Panteha Abdollahi
16
Paul Hastings LLP
695 Town Center Dr., 17th Floor
17
Costa Mesa, CA 92626

18
*Counsel for Defendant Korean Air*

19
DATED this 30th day of December, 2013.

20

21
                    /s/ Brian C. Shapiro
                    Brian C. Shapiro

22

23

24

25

26

27

NOTICE OF APPEAL

3