Joseph Darrell Palmer (SBN 125147)
Email: darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Telephone: (858) 215-4064
Facsimile: (866) 583-8115

Attorney for Objector Stuart Johnson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| IN RE KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION<br>_____<br><br>This Document Relates To:<br><br>ALL ACTIONS.<br><br><br>                    Defendant.<br>_____ | MDL: 1891<br><br>Case No. 07-cv-05107-SJO (AGRx)<br><br>**NOTICE OF APPEAL**<br><br><br><br><br>Judge: Hon. S. James Otero |

Notice is hereby given that objector Stuart Johnson hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Amended Final Judgment And Order Of Dismissal With Prejudice As To Defendant Korean Air Lines Co., Ltd. (Dkt. No. 694) and the Order Granting Plaintiffs' Motion For An Award Of Attorneys' Fees And Reimbursement Of Expenses (Dkt. No. 695) entered in the above-captioned action

1

on December 23, 2013.  Mr. Johnson also appeals to Order Striking Objections for

Failure to Show Class Membership (Dkt. No. 684), entered on December 6, 2013.


Dated:   January 4, 2014                         By: /s/ Joseph Darrell Palmer
                                                     Joseph Darrell Palmer

                                                 Attorney for Objector Stuart Johnson


### CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2014, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Central District of California by using the USDC CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.


                 ___/s/ Joseph Darrell Palmer_____
                 Joseph Darrell Palmer

2