**LAW OFFICES OF LAWRENCE D. ROHLFING**
**BRIAN C. SHAPIRO, ESQ.**
12631 East Imperial Highway, Suite 115 C
Santa Fe Springs, CA 90670
Telephone: (562) 868-5886
Facsimile: (562) 868-5491

**LAW OFFICE OF CHESTER H. ARTER, P.C.**
**CHESTER H. ARTER, III, ESQ.**
11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
Telephone: (770) 663-1338
Facsimile: (770) 456-5262

Attorneys for Said Nedlouf and Said Nedlouf
as the Executor of the Estate of Mary Kathryn Bizjak

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IN RE KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | MDL No. 07-01891<br><br>Master File No. CV 07-05107 SJO (AGRx)<br><br>NOTICE PURSUANT TO CIRCUIT RULE 10-3.1(c) |

   COMES NOW, Objector Said Nedlouf ("Mr. Nedlouf"), on behalf of himself and the Estate of Mary Kathryn Bizjak, and pursuant to Ninth Circuit Rule 10-3.1(c), hereby provides notice that no transcripts will be ordered in connection with this appeal.

1  DATED this 29th day of January, 2014.

2  Respectfully submitted,

3  BY:  /s/ Brian C. Shapiro

4  Brian C. Shapiro
   California State Bar No. 192789

6  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway
7  Suite 115 C
   Santa Fe Springs, CA 90670
8  (562) 868-5886
   (562) 868-5491 (fax)

10  /s/ Chester H. Arter, III
    Chester H. Arter, III*
11    Georgia State Bar No. 021765

13  Law Office of Chester H. Arter, P.C.
    11175 Cicero Drive
14  Suite 100
    Alpharetta, GA 30022
15  (770) 663-1338
    (770) 456-5262 (fax)
16  chet@arterlaw.com

17  (* admitted *Pro Hac Vice*)

# CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2014, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, which will provide notice upon the counsel of record listed below:

Susan G. Kupfer
Glancy Binkow & Goldberg LLP
One Embarcadero Center, Suite 760
San Francisco, CA 94111

Jeff S. Westerman
Westerman Law Group
1925 Century Park East, Suite 2100
Los Angeles, CA 90067

Marc M. Seltzer
Susman Godfrey LLP
1901 Avenue Of The Stars, Suite 950
Los Angeles, CA 90067

*Counsel for the Class*

Donald L. Morrow
Panteha Abdollahi
Paul Hastings LLP
695 Town Center Dr., 17th Floor
Costa Mesa, CA 92626

*Counsel for Defendant Korean Air*

DATED this 29th day of January, 2014.

/s/ Brian C. Shapiro
Brian C. Shapiro