| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|

### TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME<br>Marc. M. Seltzer | 2. PHONE NUMBER<br>(310)789-3102 | 3. DATE<br>2/10/2014 |
|---|---|---|
| 4. FIRM NAME: Susman Godfrey L.L.P. | 5. E-MAIL ADDRESS: lquenzel@susmangodfrey.com | |
| 6. MAILING ADDRESS<br>1901 Avenue of The Stars, Ste 950 | 7. CITY<br>Los Angeles | 8. STATE CA / 9. ZIP CODE 90067 |
| 10. CASE NUMBER<br>CV 07-05107 | 11. CASE NAME<br>In re Korean Air Lines Co., LTD | 12. JUDGE<br>S. James Otero |
| 13. APPEAL CASE NUMBER<br>14-55044 | 14. ORDER FOR  ☑ APPEAL  ☐ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER | |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| July 26, 2013 | Meloni Warren | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Mtn for Prelim. Approval Settlement |
| December 2, 2013 | Margarita Ramirez | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Mtn for Final Approval of Settlement |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☑ | PAPER COPY | ☑ |
| 14 DAYS | ☐ | PDF FORMAT | ☐ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | | |

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

19. Transcription agency for digitally recorded proceedings:

20. Month:          Day:          Year:
Transcript payment arrangements were made with:

17. DATE: 2/10/2014

NAME OF OFFICIAL: _____

Payment of estimated transcript fees were sent on the following date:

18. SIGNATURE: /s/ Marc M. Seltzer

Month:          Day:          Year:

G-120 (09/12)