FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 28 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HYUN PARK; et al.,<br><br>    Plaintiffs - Appellees,<br><br>and<br><br>KOREAN AIR LINES CO., LTD.,<br><br>    Defendant - Appellee,<br><br>v.<br><br>STUART JOHNSON, Individual,<br><br>    Objector - Appellant. | No. 14-55010<br><br>D.C. No. 2:07-cv-05107-SJO-AGR<br>Central District of California, Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
4/28/14
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_MAT\_\_\_ DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

Appellees' motion to dismiss this appeal is denied without prejudice to renewing the arguments in the answering brief.

The briefing schedule established previously shall remain in effect.

AT/MOATT