JEFF S. WESTERMAN (94559)
jwesterman@jswlegal.com
WESTERMAN LAW CORP.
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Tel: (310) 698-7450
Fax: (310) 201-9160

SUSAN G. KUPFER (141724)
skupfer@glancylaw.com
GLANCY BINKOW & GOLDBERG LLP
One Embarcadero Center, Suite 760
San Francisco, CA 94111
Tel: (415) 972-8160
Fax: (415) 972-8166

MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067
Tel: (310) 789-3100
Fax: (310) 789-3150

Plaintiffs' Settlement Class Counsel

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| In re KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION | MDL NO. 1891<br><br>Master File No.<br>CV 07-05107 SJO (AGRx)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR IMPOSITION OF APPEAL BONDS PURSUANT TO RULE 7 OF THE FEDERAL RULES OF APPELLATE PROCEDURE AND FOR AN ORDER ALLOWING DISCOVERY OF OBJECTORS**<br><br>Date: July 28, 2014<br>Time: 10:00 a.m.<br>Place: Courtroom of the Hon.<br>S. James Otero |
| This Document Relates To:<br><br>All Actions | |

3228345v1/010438

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 28, 2014, at 10:00 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Hon. S. James Otero, United States District Judge, at the United States Courthouse located at 312 No. Spring Street, Los Angeles, California 90012, plaintiffs Laura Albee, Joon Chung, Timothy Murphy, Sungshic Park, Yoon Park, Howard Ree, Leon Song, and Edward Yoo (collectively, "Plaintiffs") will and hereby do move pursuant to Rule 7 of the Federal Rules of Appellate Procedure for an order imposing appeal bonds on each of the two objectors appealing the final judgment granting approval of the settlement with defendant Korean Air Lines Co., Ltd. and the order awarding attorneys' fees and costs.

At said time and place, plaintiffs will and hereby do move for an order allowing discovery of the objectors.

Plaintiffs' motion is based on the Memorandum of Points and Authorities and the Declarations of Jeff S. Westerman and Robin M. Niemiec, filed concurrently herewith, and all of the pleadings, records, and files in this litigation, all matters of which judicial notice may be taken, and upon such further evidence and argument as may be presented at the hearing.

Plaintiffs have lodged separate proposed orders imposing the requested appeal bonds and allowing discovery of the objectors.

This motion is made following the conference of counsel held in compliance with Local Rule 7-3 and Paragraph 18(a) of the Court's Standing Order.

Respectfully submitted,

DATED: June 30, 2014

MARC M. SELTZER
SUSMAN GODFREY L.L.P.

/s/ Marc M. Seltzer
---
Marc M. Seltzer

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUSAN G. KUPFER
GLANCY BINKOW & GOLDBERG LLP

/s/ Susan G. Kupfer
    Susan G. Kupfer

JEFF S. WESTERMAN
WESTERMAN LAW CORP.

/s/ Jeff S. Westerman
    Jeff S. Westerman

Plaintiffs' Settlement Class Counsel