Joseph Darrell Palmer (SBN 125147)
darrell.palmer@palmerlegalteam.com
Law Offices of Darrell Palmer PC
2244 Faraday Avenue, Suite 121
Carlsbad, CA 92008
Telephone: (858) 215-4064
Facsimile: (866) 583-8115

Attorneys for Objector Stuart Johnson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| IN RE KOREAN AIR LINES CO., LTD. ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS.<br><br>Defendant. | MDL: 1891<br><br>Case No. 07-cv-05107-SJO (AGRx)<br><br>**DECLARATION OF JOSEPH DARRELL PALMER IN SUPPORT OF RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR IMPOSITION OF AN APPEAL BOND AND AN ORDER ALLOWING DISCOVERY**<br><br>Date: July 28, 2014<br>Time: 10:00 a.m.<br>Judge: Hon. S. James Otero |

I, Joseph Darrell Palmer, declare as follows:

1. I am the attorney of record for Stuart Johnson in the above matter and am a duly licensed attorney in the State of California.

2. Attached hereto as Exhibit A is a true and correct copy of *In Re Magsafe Apple Power Adapter Litigation*, 12-15757, 2014 WL 1624493 (9th Cir. Apr. 24, 2014).

1  3. Attached hereto as Exhibit B is a true and correct copy of *In Re Toyota Corp Unintended Acceleration Marketing, Sales Practices, And Products Liability Litigation*, 8:10ML02151 JVS FMOX, 2013 WL 5775118 (C.D. Cal. Oct. 21, 2013).

4. Attached hereto as Exhibit C is a true and correct copy of *In Re Porsche Cars North America, Inc. Plastic Coolant Tubes Products Liability Litigation*, 2:11-MD-2233, 2014 WL 2931465 (S.D. Ohio June 30, 2014).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 7th day of July 2014, at Carlsbad, California.

By: /s/ Joseph Darrell Palmer
Joseph Darrell Palmer

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2014, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the Central District of California by using the USDC CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

\_\_\_/s/ Joseph Darrell Palmer\_\_\_\_
Joseph Darrell Palmer