FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 04 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HYUN PARK; et al.,<br><br>     Plaintiffs - Appellees,<br><br>  And<br><br>KOREAN AIR LINES CO., LTD.,<br><br>     Defendant - Appellee,<br><br>  v.<br><br>STUART JOHNSON, Individual,<br><br>     Objector - Appellant. | No. 14-55010<br><br>D.C. No. 2:07-cv-05107-SJO-AGR<br>Central District of California, Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
8/4/14
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MAT___ DEPUTY

Appellant's motion to dismiss this appeal is granted.  Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:


By: Peter W. Sherwood
Circuit Mediator

pws/mediation