**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 04 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| HYUN PARK,<br><br>        Plaintiff,<br><br>  And<br><br>HOWARD REE, individually and on behalf of all others similarly situated; et al.,<br><br>        Plaintiffs - Appellees,<br><br>KOREAN AIR LINES CO., LTD.,<br><br>        Defendant - Appellee,<br><br>  v.<br><br>SAID NEDLOUF,<br><br>        Objector - Appellant. | No. 14-55044<br><br>D.C. No. 2:07-cv-05107-SJO-AGR<br>Central District of California, Los Angeles<br><br> |

Appellant's motion to dismiss this appeal is granted. Fed. R. App. P. 42(b).

The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Peter W. Sherwood
Circuit Mediator

pws/mediation